DEPARTMENT OF HOMELAND SECURITY
U.S. COAST GUARD

## ADMINISTRATIVE REMARKS

### PRIVACY ACT STATEMENT

Pursuant to 5 U.S.C. §552a(e)(3), this Privacy Act Statement serves to inform you of why DHS is requesting the information on this form.
**AUTHORITY**: 14 U.S.C. § 505
**PURPOSE**: To document a USCG service member's achievements, accomplishments, Uniform Code of Military Justice (UCMJ) infraction(s), or any other USCG military pay or personnel activity.
**ROUTINE USES**: Authorized USCG officials will use this information to validate a USCG service member's achievements, accomplishments, UCMJ infraction(s) or any other USCG military pay or personnel activity. Any external disclosures of information within this record will be made in accordance with DHS/USCG-014, Military Pay and Personnel, 76 Federal Register 66933 (October 28, 2011).
**CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION**: Providing this information is voluntary. However, failure to provide this information may result in a delay in administrating this form.

Entry Type: Performance and Discipline (P&D-41C)
Reference: (a) COMDT COGARD WASHINGTON DC 072247Z SEP 21/ALCOAST 315/21
(b) DoD Instruction 6205.02, DoD Immunization Program (23 Jul 19)
(c) Immunizations and Chemoprophylaxis, COMDTINST M6230.4 (series)
(d) Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 801– 946 (as amended)

Responsible Level: Unit
Entry:

As required by reference (a), and consistent with the processes outlined in references (b) and (c), you are required to receive a COVID-19 vaccine in accordance with Food and Drug Administration-approved labeling and guidance.

You were counseled and indicated that you intended to seek a medical exemption or religious accommodation. Your request for a medical exemption or religious accommodation was denied on 04 May 2022 by the COVID Religious Appeal Appellate Authority, Mr. J. L. Knight, SES.

You are hereby ordered to report to the Vaccination Clinic of your choice by 1500 on Friday, 29 July 2022, to receive the first dose of a fully FDA-approved COVID-19 vaccine. A violation of this order may subject you to administrative and disciplinary consequences and is punishable under the Uniform Code of Military Justice (ref (d)), including under Article 90 (willfully disobeying superior commissioned officer) and Article 92(2) (failure to obey a lawful order).

21JUL2022:

Lamont S. Bazemore, CAPT
CGD Five XO of Military Personnel

21JUL2022: I acknowledge the above order.    I REQUESTED ADDITIONAL INFORMATION ON HOW TO APPEAL THE DISPOSITION OF MY RELIGIOUS ACCOMMODATION REQUEST AND
Alaric B. Stone, LTJG   SUBSEQUENT APPEAL TO THE BCMR PER THE GUIDANCE ISSUED BY THE U.S. DEPARTMENT OF JUSTICE AS A MEANS OF SEEKING FURTHER ADMINISTRATIVE RECOURSE. I WAS PRESENTED THIS PAGE 7 AS WITH EXPLANATION PER COPIES OF THIS IS THE END OF YOUR ADMINISTRATIVE PROCESS AND THERE IS NO FURTHER MECHANISM FOR ADMINISTRATIVE APPEAL

| 1. NAME OF PERMANENT UNIT | 2. NAME OF UNIT PREPARING THIS FORM | |
|---|---|---|
| CGD Five (dri) | CGD Five | |
| 3. NAME OF MEMBER (Last, First, MI) | 4. EMPLOYEE ID NUMBER | 5. GRADE/RATE |
| Stone, Alaric, B. | [redacted] | O2/LTJG |

File original in SPO PDR, Email copy to CG PSC-BOPS-C-MR

Mbr refused to sign. Terdell Nash, LCDR

CG-3307 (05/20)
PREVIOUS EDITIONS ARE OBSOLETE

21 Jul 22

Page 1 of 1