# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **ALARIC STONE**, **ERIC JACKSON**, and **MICHAEL MARCENELLE**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **ALEJANDRO N. MAYORKAS**, in his official capacity as Secretary of Homeland Security, **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of Defense, **LINDA L. FAGAN**, in her official capacity as Commandant of the Coast Guard, and **BRIAN K. PENOYER**, in his official capacity as Assistant Commandant for Human Resources of the Coast Guard, <br><br> Defendants. | Case No. 4:22-cv-825-P |

## CERTIFICATE OF NOTICE

Pursuant to Fed. R. Civ. P. 65(a) and (b), on this day, September 16, 2022, Plaintiffs' counsel emailed copies of the following as-filed documents to Assistant U.S. Attorney Brian Stoltz of the Northern District of Texas (brian.stoltz@usdoj.gov):

1. Class Action Complaint (Doc. 1) and Civil Cover Sheet (Doc. 1-1)

2. Notice of Related Cases (Doc. 2).

3. Certificate of Interested Persons (Doc. 3).

4. Motions to Certify Class, to Appoint Class Counsel, and for Temporary Restraining Order and Preliminary Injunction (Doc. 4) and proposed order (Doc. 4-1).

5. Memorandum in Support of Motions (Doc. 5).

6. Appendix of materials in support of Motions (in four parts; Doc. 6 to 6-3).

Dated: September 16, 2022

Respectfully submitted,

/s/ Charles W. Fillmore

| | |
|---|---|
| Stephen Crampton* | Charles W. Fillmore |
| THOMAS MORE SOCIETY – Senior Counsel | State Bar # 00785861 |
| PO Box 4506 | H. Dustin Fillmore III |
| Tupelo, MS 38803 | State Bar # 06996010 |
| (662)255-9439 | THE FILLMORE LAW FIRM, L.L.P. |
| scrampton@thomasmoresociety.org | 201 Main Street, Suite 700 |
| | Fort Worth, TX 76102 |
| Michael McHale* | (817)332-2351 |
| THOMAS MORE SOCIETY – Counsel | chad@fillmorefirm.com |
| 10506 Burt Circle, Ste. 110 | dusty@fillmorefirm.com |
| Omaha, NE 68114 | |
| (402)501-8586 | Nathan Loyd* |
| mmchale@thomasmoresociety.org | THOMAS MORE SOCIETY – Special Counsel |
| | 5101 Old Highway 5, Box 442 |
| Adam S. Hochschild* | Lebanon, GA 30146 |
| Hochschild Law Firm | (559)744-3664 |
| THOMAS MORE SOCIETY – Special Counsel | nathaniel.loyd@thomasmoresociety.org |
| PO Box 401 | |
| Plainfield, VT 05667 | |
| (314)503-0326 | |
| adam@hochschildlaw.com | |

Mary Catherine Hodes*
THOMAS MORE SOCIETY – Special Counsel
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mchodes@thomasmoresociety.org

Paul M. Jonna*
LiMandri & Jonna LLP
THOMAS MORE SOCIETY – Special Counsel
P.O. Box 9120
Rancho Santa Fe, CA 92067
(858)759-994
pjonna@limandri.com

* *pro hac vice* applications forthcoming

*Counsel for Plaintiffs*