UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Stone et al. <br> *Plaintiff* <br><br> v. <br><br> Mayorkas et al. <br> *Defendant* | §§§§§§§§§ <br><br> Case No. 4:22-cv-00825 |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Hochschild Law Firm, LLC (Thomas More Society -- Special Counsel)_____, with offices at

PO Box 401
(Street Address)

Plainfield                                          VT                         05667
(City)                                              (State)                    (Zip Code)

(314)503-0326
(Telephone No.)                                     (Fax No.)

**II.**   Applicant will sign all filings with the name   Adam S. Hochschild                           .

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Plaintiffs

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Vermont_____, where Applicant regularly practices law.

Bar license number: 5682    Admission date: 10/2/17

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State of Missouri | 9/27/00 | Active |
| D.Vt. | 12/21/18 | Active |
| E.D.Mo. | 1/7/03 | Active |
| 2nd Cir. / 11th Cir. | 2/28/19 / 5/2/22 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Charles W. Fillmore & H. Duston Fillmore III of The Fillmore Law Firm, L.L.P, who has offices at

201 Main Street, Suite 700
(Street Address)

Fort Worth                                Texas                  76102
(City)                                    (State)                (Zip Code)

(817)332-2351                             (817)870-1859
(Telephone No.)                           (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   19th   day of September            , 2022      .

Adam S. Hochschild
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.