UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERIC JACKSON ET AL.,**

   Plaintiffs,

v.                                       No. 4:22-cv-825-P

**ALEJANDRO N. MAYORKAS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY, ET AL.,**

   Defendants.

## ORDER

   Before the Court is Plaintiffs' Motions for Class Certification, Appointment of Class Counsel, a Temporary Restraining Order, and a Preliminary Injunction. ECF No. 4. Having considered Plaintiffs' Motion for Temporary Restraining Order ("Motion"), relevant docket entries, applicable law, and arguments, the Court finds that Plaintiffs have not shown themselves to be entitled to the relief they request. The Court thus **DENIES** the Motion **without prejudice**.

   The Court further **ORDERS** that by **September 23, 2022**, the Parties shall prepare and submit a Joint Report containing proposed deadlines for the following: (1) Defendants' Opposition to Plaintiffs' Motions for Class Certification, Appointment of Class Counsel, and Preliminary Injunction; and (2) Plaintiffs' Reply to Defendants Opposition.

   **SO ORDERED** on this **19th day** of **September 2022**.

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE