UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERIC JACKSON ET AL.,**

   Plaintiffs,

v.                                        No. 4:22-cv-825-P

**ALEJANDRO N. MAYORKAS, IN HIS
OFFICIAL CAPACITY AS SECRETARY
OF HOMELAND SECURITY, ET AL.,**

   Defendants.

# ORDER

On September 19, 2022, the Court ordered the Parties to submit a Joint Report containing proposed deadlines regarding Plaintiffs' Motions for Class Certification, Appointment of Class Counsel, and Preliminary Injunction. ECF No. 11. Having reviewed the Parties Joint Report (ECF No. 17), the Court **ORDERS** that Defendants' Opposition to Plaintiffs' Motions for Class Certification, Appointment of Class Counsel, and Preliminary Injunction shall be filed on or before **October 7, 2022**, and Plaintiffs' Reply to Defendants Opposition shall be filed on or before **October 14, 2022**.

**SO ORDERED** on this **29th day** of **September 2022**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE