UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ALARIC STONE, ERIC JACKSON**, and **MICHAEL MARCENELLE**, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**ALEJANDRO N. MAYORKAS**, in his official capacity as Secretary of Homeland Security, **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of Defense, **LINDA L. FAGAN**, in her official capacity as Commandant of the Coast Guard, and **BRIAN K. PENOYER**, in his official capacity as Assistant Commandant for Human Resources of the Coast Guard,<br><br>    Defendants. | Case No. 4:22-cv-00825-P |

## FIRST SUPPLEMENTAL DECLARATION OF LIEUTENANT JUNIOR GRADE ALARIC STONE

Pursuant to 28 U.S.C. § 1746, I, Alaric Stone, under penalty of perjury declare as follows:

1. I am over the age of eighteen and I am competent to make this declaration.

2. I have never lived, resided, or been stationed in the Southern District of Texas or the Middle District of Florida.

3. I have never consented to this action being in the U.S. District Court for the Southern District of Texas or the U.S. District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October __7__, 2022.

_____
Alaric B. Stone

1