UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ALARIC STONE, ERIC JACKSON, and MICHAEL MARCENELLE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ALEJANDRO N. MAYORKAS, in his official capacity as Secretary of Homeland Security, LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, LINDA L. FAGAN, in her official capacity as Commandant of the Coast Guard, and BRIAN K. PENOYER, in his official capacity as Assistant Commandant for Human Resources of the Coast Guard,

Defendants.

Case No. 4:22-cv-00825-P

### FIRST SUPPLEMENTAL DECLARATION OF LIEUTENANT JUNIOR GRADE MICHAEL MARCENELLE

Pursuant to 28 U.S.C. § 1746, I, Michael Marcenelle, under penalty of perjury declare as follows:

1. I am over the age of eighteen and I am competent to make this declaration.

2. I have never lived, resided, or been stationed in the Southern District of Texas or the Middle District of Florida.

3. I have never consented to this action being in the U.S. District Court for the Southern District of Texas or the U.S. District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2022.

_____
Michael Marcenelle

1