UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ERIC JACKSON**, **ALARIC STONE**, and **MICHAEL MARCENELLE**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **ALEJANDRO N. MAYORKAS**, in his official capacity as Secretary of Homeland Security, **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of Defense, **LINDA L. FAGAN**, in her official capacity as Commandant of the Coast Guard, and **BRIAN K. PENOYER**, in his official capacity as Assistant Commandant for Human Resources of the Coast Guard, <br><br> Defendants. | Case No. 4:22-cv-00825-P |

**ORDER**

Upon consideration of Plaintiffs' unopposed motion for leave to file a corrected Brief Opposing Transfer, it is hereby **ORDERED** that the motion for leave is **GRANTED.** The corrected brief attached to Plaintiffs' motion for leave is deemed filed as of the date of this Order, and the clerk will file a copy of the corrected brief.

**SO ORDERED** on this _____ **day** of _____ 2022.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE

1