UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ERIC JACKSON**, **ALARIC STONE**, and **MICHAEL MARCENELLE**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **ALEJANDRO N. MAYORKAS**, in his official capacity as Secretary of Homeland Security, **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of Defense, **LINDA L. FAGAN**, in her official capacity as Commandant of the Coast Guard, and **BRIAN K. PENOYER**, in his official capacity as Assistant Commandant for Human Resources of the Coast Guard, <br><br> Defendants. | Case No. 4:22-cv-00825-P |

## PLAINTIFFS' CONSENTED MOTION FOR LEAVE TO FILE EXCESS PAGES

Pursuant to Local Rule 7.1, and with Defendants' consent, Plaintiffs hereby seek leave to include 10 additional pages in their Reply in further support of their Motions for Class Relief (ECF No. 4), with the Reply totaling 20 pages.

Good cause supports this motion for leave. Plaintiffs' original Memorandum in Support of their Motions for Class Relief (ECF No. 5) is 25 pages. With leave to file an extra 20 pages, Defendants filed a 45-page Opposition (ECF No. 30), together with numerous, voluminous exhibits. Plaintiffs here request 10 additional pages for their Reply, beyond the 10 pages allowed without leave, to address the many arguments in Defendants' 45-page Opposition. If Plaintiffs are granted leave, then the total number of pages of Plaintiffs' opening and Reply briefs (45) will equal the number of pages of Defendants' Opposition brief.

Plaintiffs' Reply is due in three days, on October 14, 2022.

1

Defendants consent to this request for 10 additional pages.

WHEREFORE, Plaintiffs request that the Court grant them leave to include 10 additional pages (a total of 20 pages) in their Reply in further support of their Motions for Class Relief.

**CERTIFICATE OF CONFERENCE**

I have conferred with counsel for Defendants about this motion for leave. Defendants' counsel, Cody Knapp, told me that Defendants consented to this motion for leave.

/s/ Adam S. Hochschild
Adam S. Hochschild
*Counsel for Plaintiffs*

Dated: October 11, 2022

Respectfully submitted,

/s/ Adam S. Hochschild

Stephen Crampton, *pro hac vice*
THOMAS MORE SOCIETY – Senior Counsel
PO Box 4506
Tupelo, MS 38803
(662)255-9439
scrampton@thomasmoresociety.org

Michael McHale, *pro hac vice*
THOMAS MORE SOCIETY – Counsel
10506 Burt Circle, Ste. 110
Omaha, NE 68114
(402)501-8586
mmchale@thomasmoresociety.org

Adam S. Hochschild, *pro hac vice*
Hochschild Law Firm
THOMAS MORE SOCIETY – Special Counsel
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Hodes, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mchodes@thomasmoresociety.org

Paul M. Jonna*
LiMandri & Jonna LLP
THOMAS MORE SOCIETY – Special Counsel
P.O. Box 9120
Rancho Santa Fe, CA 92067
(858)759-994
pjonna@limandri.com

Charles W. Fillmore
State Bar # 00785861
H. Dustin Fillmore III
State Bar # 06996010
THE FILLMORE LAW FIRM, L.L.P.
201 Main Street, Suite 700
Fort Worth, TX 76102
(817)332-2351
chad@fillmorefirm.com
dusty@fillmorefirm.com

Nathan Loyd, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
5101 Old Highway 5, Box 442
Lebanon, GA 30146
(559)744-3664
nathaniel.loyd@thomasmoresociety.org

* *pro hac vice* application forthcoming

*Counsel for Plaintiffs*