AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Jackson et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-cv-00825-P |
| | ) |
| Mayorkas et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Brian Penoyer, Assistant Commandant for Human Resources of the Coast Guard

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Fillmore
201 Main Street
Suite 801
Fort Worth, TX 76102

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 09/19/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-00825-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
 on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
 on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other (*specify*) I served the Attorney General via certified mail pursuant to FRCP4(i).

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/1/2022

*Server's signature*

Mary Shambro
*Printed name and title*

112 S. Hanley Rd., Ste 200
St. Louis, MO 63105
*Server's address*

Additional information regarding attempted service, etc:





Tracking Number:

# 70210350000131479700

Copy   Add to Informed Delivery

## Latest Update

Your item was picked up at a postal facility at 4:52 am on September 26, 2022 in WASHINGTON, DC 20530.

### Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
September 26, 2022, 4:52 am

See All Tracking History

Text & Email Updates ˅

USPS Tracking Plus® ˅

Product Information ˅

See Less ˄