UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ERIC JACKSON**, **ALARIC STONE**, and **MICHAEL MARCENELLE**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **ALEJANDRO N. MAYORKAS**, in his official capacity as Secretary of Homeland Security, **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of Defense, **LINDA L. FAGAN**, in her official capacity as Commandant of the Coast Guard, and **BRIAN K. PENOYER**, in his official capacity as Assistant Commandant for Human Resources of the Coast Guard, <br><br> Defendants. | Case No. 4:22-cv-00825-P |

## PLAINTIFFS' SECOND STATUS REPORT REGARDING AGREEMENTS WITH THE COAST GUARD

Plaintiffs have conferred with Defendants (the "Coast Guard") about threatened imminent adverse actions against service members including but not limited to imminent discharge dates and imminent dates of transfer to the Inactive Status List ("ISL";[1] "no-pay, no-points status"). On September 30, 2022, Plaintiffs submitted a status update (ECF No. 25), summarizing the Coast Guard's resulting agreements to postpone adverse actions for certain service members until December 1, 2022 or pending resolution of Plaintiffs' motions for class-wide relief in this case (ECF No. 4). This is a second status update, summarizing some of the Coast Guard's

---

[1] Plaintiffs' first status update (ECF No. 25) mistakenly referred to the ISL as "Inactive Service List" rather than "Inactive Status List."

1

additional agreements resulting from Plaintiffs' conferral with Defendants, since September 30 (when Plaintiffs filed their first status update) to the present.[2]

- The Coast Guard had given four specific putative class members imminent discharge dates of, respectively, October 21, 2022, November 3, 2022, November 4, 2022, and November 15, 2022. On October 20, 2022, the Coast Guard agreed to defer each of these four putative class members' discharge dates to December 1, 2022. These putative class members will or may soon begin out-processing activities, if they have not started already, including selling unused leave, arranging final paychecks, terminating existing housing arrangements, trying to secure new housing, returning issued equipment, attending final medical appointments, closing security clearances, collecting medical records, surrendering access badges, being removed from mission, and securing start dates with civilian employers, as applicable.

- The Coast Guard had given one specific putative class member an imminent discharge date of October 13, 2022. On October 4, 2022, the Coast Guard agreed to defer this putative class member's discharge date to December 1, 2022. While the putative class member continued to maintain that he should not have been discharged at all, on October 5 he decided to accept the October 13 involuntary discharge date, for personal reasons.

---

[2] The Coast Guard has still not agreed to hold off on all imminent adverse actions against all putative class members. Plaintiffs reserve the right to seek additional relief from the Court, beyond what they seek in their pending motions for class-wide relief including a class-wide preliminary injunction (ECF No. 4), if and as appropriate and necessary.

Dated: November 4, 2022

Respectfully submitted,

/s/ Adam S. Hochschild

Stephen Crampton, *pro hac vice*
THOMAS MORE SOCIETY – Senior Counsel
PO Box 4506
Tupelo, MS 38803
(662)255-9439
scrampton@thomasmoresociety.org

Michael McHale, *pro hac vice*
THOMAS MORE SOCIETY – Counsel
10506 Burt Circle, Ste. 110
Omaha, NE 68114
(402)501-8586
mmchale@thomasmoresociety.org

Adam S. Hochschild, *pro hac vice*
Hochschild Law Firm
THOMAS MORE SOCIETY – Special Counsel
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Hodes, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mchodes@thomasmoresociety.org

Paul M. Jonna, *pro hac vice*
LiMandri & Jonna LLP
THOMAS MORE SOCIETY – Special Counsel
P.O. Box 9120
Rancho Santa Fe, CA 92067
(858)759-994
pjonna@limandri.com

Charles W. Fillmore
State Bar # 00785861
H. Dustin Fillmore III
State Bar # 06996010
THE FILLMORE LAW FIRM, L.L.P.
201 Main Street, Suite 700
Fort Worth, TX 76102
(817)332-2351
chad@fillmorefirm.com
dusty@fillmorefirm.com

Nathan Loyd, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
5101 Old Highway 5, Box 442
Lebanon, GA 30146
(559)744-3664
nathaniel.loyd@thomasmoresociety.org

*Counsel for Plaintiffs*