UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ERIC JACKSON**, **ALARIC STONE**, and **MICHAEL MARCENELLE**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **ALEJANDRO N. MAYORKAS**, in his official capacity as Secretary of Homeland Security, **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of Defense, **LINDA L. FAGAN**, in her official capacity as Commandant of the Coast Guard, and **BRIAN K. PENOYER**, in his official capacity as Assistant Commandant for Human Resources of the Coast Guard, <br><br> Defendants. | Case No. 4:22-cv-00825-P |

## PLAINTIFFS' THIRD STATUS REPORT REGARDING AGREEMENTS WITH THE COAST GUARD

Plaintiffs have conferred with Defendants (the "Coast Guard") about threatened imminent adverse actions against service members including but not limited to imminent discharge dates and imminent dates of transfer to the Inactive Status List ("ISL"; "no-pay, no-points status"). On September 30, 2022, Plaintiffs submitted a status update (ECF No. 25), summarizing the Coast Guard's resulting agreements to postpone adverse actions for certain service members until December 1, 2022 or pending resolution of Plaintiffs' motions for class-wide relief in this case (ECF No. 4). On November 4, 2022, Plaintiffs submitted a second status update (ECF No. 44), summarizing some of the Coast Guard's additional agreements resulting from Plaintiffs' conferral with Defendants, since September 30 to the present.

1

This is a third status update, summarizing the Coast Guard's additional agreements resulting from Plaintiffs' conferral with Defendants, since November 4, 2022 to the present, pending resolution of the pending motions for class-wide relief. As detailed below, the Coast Guard has agreed to postpone the ISL transfer or discharge dates for some (but not all) putative class members to December 15, 2022.

- The Coast Guard previously agreed to defer the ISL transfer to December 1, 2022 for 120+ putative class member reservists (*see* ECF No. 25). Today, the Coast Guard agreed to modify that agreement; it agreed to not transfer them to the ISL prior to **December 15, 2022**.

- The Coast Guard previously agreed to defer the discharge date to December 1, 2022 for four specific putative class members (*see* ECF No. 44). Today, the Coast Guard agreed to modify that agreement; it agreed to not discharge them prior to **December 15, 2022** if the Coast Guard receives a request to so postpone separation directly from the member.

- The Coast Guard has still not agreed to hold off on all imminent adverse actions against all 1,200+ putative class members. *See* ECF No. 25 at 1 n.1; ECF No. 44 at 2 n.2. Even for those protected by the agreements reported here, December 15 is fast approaching. And for at least some putative class members, out-processing activities may have begun or may soon begin. *See* ECF No. 44 at 2. Class-wide relief (ECF No. 4) is urgent.

Dated: November 28, 2022

Respectfully submitted,

/s/ Adam S. Hochschild

Stephen Crampton, *pro hac vice*
THOMAS MORE SOCIETY – Senior Counsel
PO Box 4506
Tupelo, MS 38803
(662)255-9439
scrampton@thomasmoresociety.org

Michael McHale, *pro hac vice*
THOMAS MORE SOCIETY – Counsel
10506 Burt Circle, Ste. 110
Omaha, NE 68114
(402)501-8586
mmchale@thomasmoresociety.org

Adam S. Hochschild, *pro hac vice*
Hochschild Law Firm
THOMAS MORE SOCIETY – Special Counsel
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Hodes, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mchodes@thomasmoresociety.org

Paul M. Jonna, *pro hac vice*
LiMandri & Jonna LLP
THOMAS MORE SOCIETY – Special Counsel
P.O. Box 9120
Rancho Santa Fe, CA 92067
(858)759-994
pjonna@limandri.com

Charles W. Fillmore
State Bar # 00785861
H. Dustin Fillmore III
State Bar # 06996010
THE FILLMORE LAW FIRM, L.L.P.
201 Main Street, Suite 700
Fort Worth, TX 76102
(817)332-2351
chad@fillmorefirm.com
dusty@fillmorefirm.com

Nathan Loyd, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
5101 Old Highway 5, Box 442
Lebanon, GA 30146
(559)744-3664
nathaniel.loyd@thomasmoresociety.org

*Counsel for Plaintiffs*

3