UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ERIC JACKSON**, **ALARIC STONE**, and **MICHAEL MARCENELLE**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> **ALEJANDRO N. MAYORKAS**, in his official capacity as Secretary of Homeland Security, **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of Defense, **LINDA L. FAGAN**, in her official capacity as Commandant of the Coast Guard, and **BRIAN K. PENOYER**, in his official capacity as Assistant Commandant for Human Resources of the Coast Guard, <br><br> Defendants. | Case No. 4:22-cv-00825-P |

## NOTICE OF ADDITIONAL AUTHORITY

Plaintiffs hereby give notice of a decision issued yesterday by the Sixth Circuit Court of Appeals that is directly relevant to this case and the pending motions for class-wide relief: *Doster v. Kendall*, Nos. 22-3497/3702 (6th Cir. Nov. 29, 2022) (attached hereto). The Sixth Circuit affirmed a district court's orders preliminarily enjoining enforcement of the Air Force's COVID-19 vaccine mandate, which is identical to the mandate at issue in this case. The Sixth Circuit decision is on point and supports Plaintiffs' position in this case on numerous issues including justiciability, exhaustion, and ripeness (*Id.* at 10-22), strict scrutiny (*Id.* at 22-25), the military's lack of compelling interest (*Id.* at 25-30), the military's failure to satisfy the least restrictive means test (*Id.* at 30-32), the military's groundless claim to deference under RFRA (*Id.* at 24, 32-33), irreparable harm and public interest (*Id.* at 34-35, 55-56), commonality and typicality under Rule 23(a) (*Id.* at 38-50), and certification under Rule 23(b) (*Id.* at 50-53).

Dated: November 30, 2022

Respectfully submitted,

/s/ Adam S. Hochschild

Stephen Crampton, *pro hac vice*
THOMAS MORE SOCIETY – Senior Counsel
PO Box 4506
Tupelo, MS 38803
(662)255-9439
scrampton@thomasmoresociety.org

Michael McHale, *pro hac vice*
THOMAS MORE SOCIETY – Counsel
10506 Burt Circle, Ste. 110
Omaha, NE 68114
(402)501-8586
mmchale@thomasmoresociety.org

Adam S. Hochschild, *pro hac vice*
Hochschild Law Firm
THOMAS MORE SOCIETY – Special Counsel
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Hodes, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mchodes@thomasmoresociety.org

Paul M. Jonna, *pro hac vice*
LiMandri & Jonna LLP
THOMAS MORE SOCIETY – Special Counsel
P.O. Box 9120
Rancho Santa Fe, CA 92067
(858)759-994
pjonna@limandri.com

Charles W. Fillmore
State Bar # 00785861
H. Dustin Fillmore III
State Bar # 06996010
THE FILLMORE LAW FIRM, L.L.P.
201 Main Street, Suite 700
Fort Worth, TX 76102
(817)332-2351
chad@fillmorefirm.com
dusty@fillmorefirm.com

Nathan Loyd, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
5101 Old Highway 5, Box 442
Lebanon, GA 30146
(559)744-3664
nathaniel.loyd@thomasmoresociety.org

*Counsel for Plaintiffs*