UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERIC JACKSON ET AL.**,

　Plaintiffs,

v.    No. 4:22-cv-825-P

**ALEJANDRO N. MAYORKAS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY, ET AL.**,

　Defendants.

## ORDER

　Having considered the current stage of the proceedings and docket entries of this case, the Court concludes that this dispute would benefit from an in-person mediation—with the aim of achieving a mutually acceptable resolution. *See* N.D. TEX. CIV. R. 16.3. Thus, the Court **ORDERS** that the parties meet before United States Magistrate Judge Hal R. Ray, Jr. for a settlement conference to be conducted **no later than January 18, 2023.** All counsel are directed to contact the chambers of Magistrate Judge Ray at (682) 354-3970 **no later than 5:00 p.m. on January 6, 2023,** to arrange all the details of the conference. All counsel shall attend the conference. Magistrate Judge Ray is requested to report the results of the conference to the Court within one week after the conference is held.

　**SO ORDERED** on this **29th day** of **December 2022**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE