IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC JACKSON, *ET AL.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00825-P |
| § | |
| ALEJANDRO N. MAYORKAS, IN HIS § | |
| OFFICIAL CAPACITY AS SECRETARY § | |
| OF HOMELAND SECURITY, § | |
| § | |
| Defendant. § | |

## ORDER

By order dated today, United States District Judge Mark T. Pittman referred this case to the undersigned to conduct a settlement conference. ECF No. 56. To schedule the settlement conference, the Court hereby sets a Status Conference, via telephone, on **Tuesday, January 3, 2023, at 10:00 a.m.** The Clerk will email the dial-in number and code to access the conference to counsel of record for the parties. If any other parties desire to be present on the conference call, they may contact Courtroom Deputy Elsherie Moore at Elsherie_Moore@txnd.uscourts.gov for the dial-in number and access code.

Prior to the Status Conference, counsel for the parties **SHALL** confer and be prepared to discuss availability for the settlement conference to take place in person at the Eldon B. Mahon United States Courthouse, 500 W. 10th Street, Fort Worth, Texas, on or before January 18, 2023.

It is so **ORDERED** on December 29, 2022.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE