| | | |
|---|---|---|
| U.S. Department of Homeland Security<br>United States Coast Guard | Commandant<br>United States Coast Guard | 2100 2nd Street, SW – Stop 7907<br>Washington, DC 20593-7801<br>Staff Symbol: CG-1<br>Phone: (202) 475-5422 |

1070

# MEMORANDUM

From: Dr. D. M. Navarro, SES  
      Acting CG-1

Reply to Attn of: CAPT A. Williams  
202-475-5422

*Dr. Donna Mischell Navarro — Digitally signed by Dr. Donna Mischell Navarro, Date: 2023.02.04 09:21:08 -05'00'*

To: CG PSC

Subj: CORRECTING MILITARY RECORDS (COVID-19)

Ref: (a) COMDT COGARD WASHINGTON DC 111557Z JAN23/ALCOAST 012/23

1. Subsequent to reference (a), CG PSC shall remove all CG-3307 (P&D-41(series)), administrative remarks referencing the Coast Guard's COVID-19 vaccine requirement from active duty and reserve service members' personnel data records.

2. The order of priority for removal of CG-3307s shall be as follows:
   a. all members going before a board or panel (not later than 1 Jul 2023),
   b. all members who return to active duty or Selected Reserve will have their records corrected at that time,
   c. members who have requested correction,
   d. all remaining members (not later than 31 Dec 2023).

3. For service record-keeping purposes, CG PSC shall document who was discharged in association with the Coast Guard's COVID-19 vaccine requirement. The documentation should include the basis for discharge, discharge characterization, reenlistment code, and date of discharge.

4. Guidance for separated members will be provided via separate correspondence.

#

Exhibit 4