UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC JACKSON, *et. al.*, <br><br>    *Plaintiffs,* <br><br>    v. <br><br> ALEJANDRO N. MAYORKAS, <br> Secretary of Homeland Security, *et al.*, <br><br>    *Defendants*. | Case No. 4:22-cv-0825-P |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AS MOOT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants respectfully move to dismiss Plaintiffs' complaint, ECF No. 1, as moot. As explained in the accompanying brief, in alignment with directives from the Secretary of Defense, the Coast Guard has rescinded the challenged requirement that members of the Coast Guard be vaccinated against COVID-19, and adverse actions associated with that now-defunct requirement have been ordered undone. Plaintiffs' challenge to the requirement is therefore moot, and this case should be dismissed.

\*    \*    \*

Dated: March 10, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

ANTHONY H. COPPOLINO
Deputy Branch Director

<u>/s/ *Cody T. Knapp*</u>
CODY T. KNAPP (NY Bar #5715438)
JOHNNY H. WALKER (D.C. Bar #991325)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 12304
Washington, D.C. 20530
Tel.: (202) 532-5663 / Fax: (202) 616-8460
Email: cody.t.knapp@usdoj.gov

*Counsel for Defendants*