UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC JACKSON, *et. al.*,<br><br>            *Plaintiffs,*<br><br>       v.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary of Homeland Security, *et al.*,<br><br>            *Defendants.* | Case No. 4:22-cv-0825-P |

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' Motion to Dismiss, ECF No. 69, and the parties' related

submissions, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**; and

**ORDERED** that Plaintiffs' complaint, ECF No. 1, is dismissed as moot.

**SIGNED** and **ORDERED** in chambers on this ___ day of _____, 2023.

_____
**Hon. Mark T. Pittman**
**United States District Judge**