UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERIC JACKSON ET AL.,**

   Plaintiffs,

v.                                             No. 4:22-cv-825-P

**ALEJANDRO N. MAYORKAS, IN HIS
OFFICIAL CAPACITY AS SECRETARY
OF HOMELAND SECURITY, ET AL.,**

   Defendants.

# ORDER

Before the Court is Plaintiffs' Motion to Expedite Ruling on Plaintiffs' Motion for Preliminary Injunction (ECF No. 77). The Court is perplexed and disturbed by the Motion because, in January 2023, the parties "agreed to work together on a draft joint motion to abate the case."[1] (ECF No. 63 at 3). But having considered the Motion, current stage of the proceeding, and docket entries of this case, the Court **ORDERS** the parties to meet with United States Magistrate Judge Hal R. Ray, Jr. for a status conference by **April 28, 2023**. All counsel are directed to contact the chambers of Magistrate Judge Ray at (682) 354-3970 **no later than 12:00 p.m. on April 25, 2023**, to arrange all the details of the conference in accordance with Judge Ray's instructions. All counsel shall attend the conference. Judge Ray is requested to report the results of the conference to the Court within one week after the conference is held. After receiving Judge Ray's report, the Court will determine whether additional court action—including but not limited to the imposition of sanctions—is necessary.

The Court is confident that at the conference and in future filings, however, counsel will "abide by the standards of litigation conduct for

---

[1] Despite the parties' representations over 90 days ago, no joint motion to abate has been filed.

attorneys appearing in civil actions in the Northern District of Texas, as outlined in *Dondi Properties Corp. v. Commerce Savings & Loan*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc)." Specifically, that counsel will abide by "the standard that requires attorneys to cooperate with one another to promote 'the efficient administration of our system of justice.'" *State Farm Life Ins. Co. v. Bryant*, No. 3:18-CV-1628-L, 2019 WL 7938266, at *11 (N.D. Tex. May 16, 2019) (Lindsay, J.) (quoting *Dondi Props. Corp.*, 121 F.R.D. at 291).

**SO ORDERED** on this **24th day** of **April 2023**.

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE