IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ERIC JACKSON, *ET AL.*,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00825-P |
| § | |
| **ALEJANDRO N. MAYORKAS, IN HIS** § | |
| **OFFICIAL CAPACITY AS SECRETARY** § | |
| **OF HOMELAND SECURITY, *ET AL.*,** § | |
| § | |
| **Defendants.** § | |

## ORDER

By order dated yesterday, United States District Judge Mark T. Pittman ordered the parties to meet with the undersigned for a status conference by April 28, 2023. ECF No. 78. Accordingly, the Court **SETS** a status conference via telephone on April 26, 2023 at 3:30 p.m. C.D.T. The Clerk will email the code to access the conference to counsel of record for the parties.

In addition to lead counsel for the parties and local counsel for Plaintiffs, Plaintiff Marcenelle and a corporate representative of the United States Coast Guard with knowledge of the current status of the matters at issue in Plaintiffs' Motion for Preliminary Injunction shall participate in the Status Conference.

It is so **ORDERED** on April 25, 2023.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE