UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC JACKSON, *et. al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary of Homeland Security, *et al.*,<br><br>    *Defendants.* | Case No. 4:22-cv-0825-P |

**NOTICE OF RECENT DEVELOPMENTS**

As discussed on the record at the April 28, 2023, status conference, on March 22, 2023, Plaintiff Michael Marcenelle requested a Special Selection Board. On May 10, 2023, Plaintiff Marcenelle's request was granted. *See* Memorandum from Captain Patrick J. Dougan, Ex. 1. Accordingly, a Special Selection Board will convene to consider Plaintiff Marcenelle for promotion. If Plaintiff Marcenelle is promoted upon the recommendation of the Special Selection Board, he will receive "the same date of rank, the same effective date for the pay and allowances of that grade, and the same position on the active duty promotion list" as he would have obtained if he had been recommended for promotion by his prior selection board. 14 U.S.C. § 2120(d)(2).

Dated: May 15, 2023

                                      Respectfully submitted,

                                      BRIAN M. BOYNTON
                                      Principal Deputy Assistant Attorney General

                                      ALEXANDER K. HAAS
                                      Branch Director

                                      ANTHONY H. COPPOLINO
                                      Deputy Branch Director

/s/ *Cody T. Knapp*
CODY T. KNAPP (NY Bar #5715438)
JOHNNY H. WALKER (DC Bar #991325)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel.: (202) 532-5663 / Fax: (202) 616-8460
Email: cody.t.knapp@usdoj.gov

*Counsel for Defendants*