# Exhibit 1



| U.S. Department of Homeland Security  United States Coast Guard | Commander United States Coast Guard Personnel Service Center | Mail Stop 7200 2703 Martin Luther King Jr Ave SE Washington, DC 20593-7200 Staff Symbol: PSC (opm-1) Phone: (202) 795-6438 |

1401

# MEMORANDUM

DOUGAN.PATRICK.1013874626
Digitally signed by DOUGAN.PATRICK.1013874626
Date: 2023.05.10 14:33:10 -04'00'

From:  Patrick J. Dougan, CAPT  
CG PSC (opm)

Reply to Attn of:  Christopher P. Rabalais, LCDR  
(202) 795-6433

To:  Michael C. Marcenelle, LTJG  
Thru:  CG TRACEN Yorktown

Subj:  REQUEST FOR SPECIAL SELECTION BOARD

Ref:  (a) Memo 1401 dated 23 MAR 2023, Request for Special Selection Board  
(b) 14 USC 2120, Special selection boards; correction of errors  
(c) Officer Accessions, Evaluations and Promotions Manual, COMDTINST M1000.3A  
(d) ALCGPSC 058/23 COVID-19 UPDATE: MILITARY HUMAN RESOURCES RECORDS, EVALUATIONS, ADVANCEMENTS AND PROMOTIONS

1. Thank you for your submission. Your request, reference (a), was carefully considered by OPM and it was determined that a Special Selection Board is warranted.

2. In accordance with reference (b) and (c), Special Selection Boards will be convened to consider or reconsider commissioned officers or former commissioned officers for promotion due to material or administrative errors.

3. As outlined in reference (d), requests for special selection board and matters of record are still being received by OPM. Due to extenuating circumstances, service need will dictate the timelines for initiation of Special Selection Board convenings. Additional details and guidance on Special Selection Boards will be passed once approved by the convening authority.

4. If you have any questions, please remit them via email to HQS-SMB-PSC-OPM-1-BOARDS@uscg.mil.

#