121319Z APR 23 MID200080889797U
ALCGPSC 058/23
SUBJ: COVID 19 UPDATE: MILITARY HUMAN RESOURCES RECORDS, EVALUATIONS, ADVANCEMENTS, AND PROMOTIONS
A. ALCGPSC 024/23
B. Correcting Military Records, COMDTINST 1070.1 (series)
C. ALCGPSC 044/23
D. ALCGENL 013/23
E. ALCGRSV 003/23
F. Officer Accessions, Evaluations, and Promotions, COMDTINST 1000.3 (series)

1. Purpose: This message provides additional guidance to continue the process of removing adverse actions from affected members' personnel records for members currently serving on Active Duty or in the Reserve Component, when administrative actions were based solely on noncompliance with the COVID-19 vaccine mandate.

2. CG-3307 Administrative Remarks Entries. CG PSC-BOPS (Business Operations Division) has completed their centralized review and removal of COVID-19 related CG-3307s announced in reference A. Members should conduct a comprehensive review of their Military Human Resources Record (CGMHRR) in iPERMS.
A. If members identify CG-3307s that qualify for removal, they should contact their Personnel and Administrative (P&A) office and request that P&A submit a problem case in iPERMS. These problem cases then flow to the PSC-CGMHRR Section for review and action.
B. If members identify other matters of record related to COVID-19 requiring correction, they should follow the guidance in paragraphs 3-6.

3. Correcting Military Records. In accordance with reference B, the Board for Correction of Military Records (BCMR) of the Coast Guard provides the appropriate process to review and correct personnel records of current and former members of the Coast Guard and Coast Guard Reserve. Additionally, the Personnel Records Review Board (PRRB) is available to current Active Duty and Reserve members to seek correction of a record entry made within the past year. Specific PRRB and BCMR application guidance can be found at
https://www.uscg.mil/Resources/Legal/bcmr.

4. Enlisted Evaluation Report (EER).
A. Reference C contains guidance on making Active Duty members eligible to compete in the 2023 Active Duty SWE and MCAP. Commands that awarded a mark of Unsatisfactory (UNSAT) on the member's most recent EER based solely on the member's noncompliance with the COVID-19 vaccine mandate were advised to upgrade the member's conduct mark to Satisfactory via an EER change request email.
B. Current or prior Approving Officials of Active Duty or Reserve members that were awarded a mark of Unsatisfactory Conduct, Not Recommended/Not Ready, or any adverse numerical values or comments that were based solely on a member's non-compliance with the COVID-19 vaccination mandate shall submit a Change Request memorandum to CG PSC EPM-3

(Evaluations) at HQS-SMB-CGPSC-EPM-3-Evaluations@uscg.mil to retroactively correct the member's record. The Change Request template can be found at PSC-EPM - Templates (sharepoint-mil.us)

5. Enlisted Advancements.
A. In accordance with references D and E, an Active Duty or Reserve member's non-compliance with the COVID-19 vaccination requirement alone does not require the withholding of advancement. All prior withholdings due solely to COVID-19 vaccination status have been removed and advancements effected.
B. Any approved changes to the numerical values, advancement recommendation, or conduct marks on an EER based on paragraph 4.B of this message will not result in an adjustment to a member's placement on previously expired or current advancement lists and the Marks Factor will not be recalculated for the May 2023 SWE.
C. The PRRB and BCMR are available to members to address any concerns regarding their placement on an advancement list or involuntary removal from an expired advancement list.

6. Officer Evaluations and Promotions.
A. Record Review. All Regular and Reserve officers impacted by the COVID-19 vaccine mandate are strongly encouraged to conduct a full record review to identify any matters of record related to COVID-19.
B. Consultation. Active Duty Officers are encouraged to consult with OPM-3 or OPM-4 for advice based on their specific situation. Reserve Officers are encouraged to consult with RPM-1.
C. Officer Evaluation Report (OERs). The PRRB and BCMR are available to correct OERs.
D. Promotions. Officers on the Active Duty Promotion List (ADPL) who were considered but not selected for promotion in PY23 and had CG-3307 Administrative Remarks Entries removed from their records as outlined in paragraph 2 may request consideration by a Special Selection Board (SSB) in accordance with reference F. Officers are strongly encouraged to complete the record review and OPM consultation in paragraphs 6A and 6B before initiating an SSB request. Submit requests in memo format through the chain of command to CG PSC-OPM at HQS-SMB-CGPSC-OPM-1@uscg.mil. The memo should include the date and type of CG-3307(s) removed as well as any information regarding PRRB or BCMR requests that have been submitted.

7. Commands with questions or concerns regarding this guidance should be directed to the POCs below:
A. Enlisted Evaluations: EPM-3 Shared mailbox: HQS-SMB-CGPSC-EPM-3-Evaluations@uscg.mil
B. Enlisted Advancements: EPM-1 ADV Shared mailbox: HQS-SMB-CGPSC-EPM-1-Advancements@uscg.mil
C. Officer Evaluations: OPM-3 Shared mailbox: HQS-SMB-PSC-OPM@uscg.mil
D. Officer Promotions: OPM-1 Shared mailbox: HQS-SMB-CGPSC-OPM-1@uscg.mil
E. Reserve Component: RPM-1 Shared mailbox: HQS-SMB-CGPSC-RPM-1-STATUS@uscg.mil

8. RDML David Barata, Commander, Personnel Service Center, sends.
9. Internet release not authorized.