UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC JACKSON, *et. al.*, <br> *Plaintiffs,* <br> v. <br> ALEJANDRO N. MAYORKAS, <br> Secretary of Homeland Security, *et al.*, <br> *Defendants.* | Case No. 4:22-cv-825-P |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully notify the Court of the recent decision in *Crocker v. Austin*, No. 22-cv-757, 2023 WL 4143224 (W.D. La. June 22, 2023). In that case, seven members of the Air Force who had sought religious accommodations exempting them from the Air Force's COVID-19 vaccination requirement challenged that requirement, bringing claims under the First Amendment, the Religious Freedom Restoration Act, and the Administrative Procedure Act. *See id.* at *1. As in this case, the defendants in *Crocker* moved to dismiss the case as moot following the enactment of the James M. Inhofe National Defense Authorization Act for Fiscal Year 2023, Pub. L. No. 117-263, 136 Stat. 2395 (2022), and the subsequent rescission of the Air Force's COVID-19 vaccination requirement. *See id.* at *3–4. On June 22, 2023, the *Crocker* court granted the defendants' motion, finding that the case was moot, *see id.* at *5–6, and that the mootness exceptions for voluntary cessation, actions capable of repetition but evading review, and collateral consequences did not apply, *see id.* at *6–8. *Crocker* provides additional support for Defendants' motion to dismiss this case as moot, ECF No. 69.

| | |
|---|---|
| Dated: June 26, 2023 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | ALEXANDER K. HAAS<br>Branch Director |
| | ANTHONY H. COPPOLINO<br>Deputy Branch Director |
| | /s/ *Cody T. Knapp*<br>CODY T. KNAPP (NY Bar #5715438)<br>JOHNNY H. WALKER (DC Bar #991325)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20530<br>Tel.: (202) 532-5663<br>Fax: (202) 616-8460<br>Email: cody.t.knapp@usdoj.gov |
| | *Counsel for Defendants* |