UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC JACKSON, *et. al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, <br> Secretary of Homeland Security, *et al.*, <br><br> *Defendants.* | Case No. 4:22-cv-0825-P |

**DEFENDANTS' UNOPPOSED MOTION TO**
**WITHDRAW JOHNNY WALKER AS COUNSEL**

Pursuant to Local Rule 83.12(a), Defendants respectfully move to withdraw Johnny Walker as their attorney in this matter. Johnny Walker is leaving the United States Department of Justice, Civil Division, Federal Programs Branch effective July 1, 2023. Defendants will continue to be represented by Cody Knapp, whose address appears in the signature block below. This motion is unopposed.

\* \* \*

Dated:  June 29, 2023                                         Respectfully submitted,

                                                              BRIAN M. BOYNTON
                                                              Principal Deputy Assistant Attorney General

                                                              ALEXANDER K. HAAS
                                                              Branch Director

                                                              ANTHONY H. COPPOLINO
                                                              Deputy Branch Director

                                                               /s/ Johnny Walker
                                                              CODY T. KNAPP (NY Bar #5715438)
                                                              JOHNNY H. WALKER (D.C. Bar #991325)
                                                              Trial Attorneys
                                                              United States Department of Justice
                                                              Civil Division, Federal Programs Branch
                                                              1100 L Street NW, Rm. 12304
                                                              Washington, D.C. 20530
                                                              Tel.: (202) 514-3183 / Fax: (202) 616-8460
                                                              Email: johnny.h.walker@usdoj.gov

                                                              *Counsel for Defendants*

## Certificate of Conference

I certify that I conferred with counsel for Plaintiffs and that Christopher Wiest informed me that Plaintiffs do not oppose this motion.

Dated: June 29, 2023

/s/ Johnny Walker
JOHNNY H. WALKER
Trial Attorney
United States Department of Justice

*Counsel for Defendants*

## Certificate of Service

I certify a copy of this document was filed electronically via CM/ECF, which will effectuate service on all counsel of record.

Dated: June 29, 2023

/s/ Johnny Walker
JOHNNY H. WALKER
Trial Attorney
United States Department of Justice

*Counsel for Defendants*