UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC JACKSON, *et. al.*,<br><br>　　　　　　*Plaintiffs,*<br><br>　　v.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary of Homeland Security, *et al.*,<br><br>　　　　　　*Defendants.* | Case No. 4:22-cv-0825-P |

# **PROPOSED ORDER**

　　Before the Court is Defendants' unopposed motion to withdraw Johnny Walker as counsel for Defendants. For the reasons stated in the motion, it is hereby ORDERED that the motion is GRANTED.

　　It is further ORDERED that Johnny Walker is hereby withdrawn as counsel of record for Defendants in this matter.

　　It is SO ORDERED.


Dated: _____　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MARK T. PITTMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge