UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERIC JACKSON ET AL.,**

 Plaintiffs,

v.                 No. 4:22-cv-825-P

**ALEJANDRO N. MAYORKAS, IN HIS
OFFICIAL CAPACITY AS SECRETARY
OF HOMELAND SECURITY, ET AL.,**

 Defendants.

## ORDER

Before the Court is Plaintiffs' Motion for Preliminary Injunction (ECF No. 4) and Defendants' Motion to Dismiss as Moot (ECF No. 69). Having considered the Motions and related docket entries, the Court concludes that supplemental briefing is warranted as to the following:

1. Whether the Fifth Circuit's holding in *U.S. Navy SEALs 1-26 v. Biden*, No. 22-10077, 2023 WL 4362355 (5th Cir. July 6, 2023) provides support for Plaintiffs or Defendants?

2. Whether Plaintiffs' Motion for Preliminary Injunction is moot due to the rescission of Defendants' COVID-19 vaccination policy?

3. Whether the case is moot if Plaintiffs seek relief beyond enjoining Defendants' COVID-19 vaccination policy?

The Court therefore **ORDERS** each Party to file a supplemental brief addressing the abovementioned questions **by July 13, 2023.**

**SO ORDERED** on this **11th day** of **July 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE