UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC JACKSON, *et. al.*,<br><br>              *Plaintiffs,*<br><br>       v.<br><br>ALEJANDRO N. MAYORKAS,<br>Secretary of Homeland Security, *et al.*,<br><br>            *Defendants.* | Case No. 4:22-cv-0825-P |

**APPENDIX TO DEFENDANTS' SUPPLEMENTAL BRIEF**

## CONTENTS

| Document | Number |
|---|---|
| Sec'y of Def. Mem. (Jan. 10, 2023) | 001 |
| ALCOAST 012/23 (Jan. 11, 2023) | 003 |
| ALCGENL 013/23 (Jan. 25, 2023) | 004 |
| ALCGOFF 005/23 (Jan. 26, 2023) | 006 |
| ALCGRSV 003/23 (Jan. 26, 2023) | 007 |
| Dep. Sec'y of Def. Mem. (Feb. 24, 2023) | 009 |
| ALCGPSC 024/23 (Feb. 27, 2023) | 011 |
| ALCGRSV 008/23 (Mar. 16, 2023) | 012 |
| ALCGPSC 044/23 (Mar. 22, 2023) | 013 |
| ALCGPSC 058/23 (Apr. 12, 2023) | 014 |
| ALCGOFF 042/23 (June 8, 2023) | 016 |
| Memorandum to Michael C. Marcenelle, LTJG re Special Selection Board Determination (June 15, 2023) | 021 |

\*     \*     \*

Dated: July 13, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

JOSHUA E. GARDNER
Special Counsel

*/s/ Cody T. Knapp*
CODY T. KNAPP (NY Bar #5715438)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel.: (202) 532-5663
Fax: (202) 616-8460
Email: cody.t.knapp@usdoj.gov

*Counsel for Defendants*



SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

**JAN 1 0 2023**

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                     COMMANDERS OF THE COMBATANT COMMANDS
                     DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Rescission of August 24, 2021 and November 30, 2021 Coronavirus Disease 2019
                 Vaccination Requirements for Members of the Armed Forces

I am deeply proud of the Department's work to combat the coronavirus disease 2019 (COVID-19). Through your leadership, we have improved the health of our Service members and the readiness of the Force, and we have provided life-saving assistance to the American people and surged support to local health care systems and agencies at all levels of government. The Department has helped ensure the vaccination of many Americans, while simultaneously providing critical and timely acquisition support for life-saving therapeutics, tests, and treatments for COVID-19. We have demonstrated the ability to support and defend the Nation under the most trying of circumstances.

The Department will continue to promote and encourage COVID-19 vaccination for all Service members. The Department has made COVID-19 vaccination as easy and convenient as possible, resulting in vaccines administered to over two million Service members and 96 percent of the Force — Active and Reserve — being fully vaccinated. Vaccination enhances operational readiness and protects the Force. All commanders have the responsibility and authority to preserve the Department's compelling interests in mission accomplishment. This responsibility and authority includes the ability to maintain military readiness, unit cohesion, good order and discipline, and the health and safety of a resilient Joint Force.

On December 23, 2022 the James M. Inhofe National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2023 was enacted. Section 525 of the NDAA for FY 2023 requires me to rescind the mandate that members of the Armed Forces be vaccinated against COVID-19, issued in my August 24, 2021 memorandum, "Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members." I hereby rescind that memorandum. I also hereby rescind my November 30, 2021 memorandum, "Coronavirus Disease 2019 Vaccination for Members of the National Guard and the Ready Reserve."

No individuals currently serving in the Armed Forces shall be separated solely on the basis of their refusal to receive the COVID-19 vaccination if they sought an accommodation on religious, administrative, or medical grounds. The Military Departments will update the records of such individuals to remove any adverse actions solely associated with denials of such requests, including letters of reprimand. The Secretaries of the Military Departments will further cease any ongoing reviews of current Service member religious, administrative, or medical accommodation requests solely for exemption from the COVID-19 vaccine or appeals of denials of such requests.

**001**

Religious liberty is a foundational principle of enduring importance in America, enshrined in our Constitution and other sources of Federal law. Service members have the right to observe the tenets of their religion or to observe no religion at all, as provided in applicable Federal law and Departmental policy. Components shall continue to apply the uniform standards set forth in DoD Instruction 1300.17, "Religious Liberty in the Military Services."

Other standing Departmental policies, procedures, and processes regarding immunizations remain in effect. These include the ability of commanders to consider, as appropriate, the individual immunization status of personnel in making deployment, assignment, and other operational decisions, including when vaccination is required for travel to, or entry into, a foreign nation.

For Service members administratively discharged on the sole basis that the Service member failed to obey a lawful order to receive a vaccine for COVID-19, the Department is precluded by law from awarding any characterization less than a general (under honorable conditions) discharge. Former Service members may petition their Military Department's Discharge Review Boards and Boards for Correction of Military or Naval Records to individually request a correction to their personnel records, including records regarding the characterization of their discharge.

The Under Secretary of Defense for Personnel and Readiness shall issue additional guidance to ensure uniform implementation of this memorandum, as appropriate.

The Department's COVID-19 vaccination efforts will leave a lasting legacy in the many lives we saved, the world-class Force we have been able to field, and the high level of readiness we have maintained, amidst difficult public health conditions. Our efforts were possible due, first and foremost, to the strength and dedication of our people. I remain profoundly greatful to the men and women of the Department of Defense for their efforts to protect our Force, the Department of Defense community, and to aid the American people.

2

002

R 111557Z JAN 23
FM COMDT COGARD WASHINGTON DC
TO ALCOAST
BT
UNCLAS
ALCOAST 012/23
SSIC 1600
SUBJ:  COVID-19: MANDATING COVID-19 VACCINATION FOR MILITARY
MEMBERS UPDATE
A. COMDT COGARD WASHINGTON DC 262212Z AUG 21/ALCOAST 305/21
B. COMDT COGARD WASHINGTON DC 072247Z SEP 21/ALCOAST 315/21
1. The President signed the National Defense Authorization Act
(NDAA) for Fiscal Year 2023 on December 23, 2022, which includes a
provision directing the Secretary of Defense to rescind the mandate
that members of the Armed Forces be vaccinated against COVID-19.
The Department of Defense (DOD) rescinded its mandate on
January 10, 2023.
2. In alignment with the DOD, REFs (A) and (B) are cancelled.
Effective immediately, the Coast Guard is stopping all involuntary
administrative separations that resulted from violations of the
lawful general orders to become vaccinated against COVID-19 included
within REFs (A) and (B).
3. Further guidance on other administrative actions, including PCS
and TDY transfer policies for unvaccinated members, is forthcoming.
4. Questions regarding this ALCOAST may be directed to Office of
Military Personnel Policy (CG-133) at:
HQS-PolicyandStandards@uscg.mil.
5. ADM Steven Poulin, Vice Commandant (VCG), sends.
6. Internet release is not authorized.

**003**

R 252057Z JAN 23 MID200080683568U

FM COMCOGARD PSC WASHINGTON DC

TO ALCGENL

BT
UNCLAS
ALCGENL 013/23

SUBJ: RESCISSION OF COVID-19 VACCINATION MANDATE - INITIAL GUIDANCE FOR ACTIVE
DUTY ENLISTED MEMBERS
A. ALCOAST 012/23
B. Enlistments, Evaluations, and Advancements, COMDTINST M1000.2 (series)
C. ALCGPSC 012/23
D. ALCGPSC 016/22
E. ALCGPSC 104/21

1. Purpose: Reference A. prohibits the involuntary administrative separation of
members based solely on their refusal of the COVID-19 vaccination.  Consistent
with the intent of reference A. and in consideration of processes governing
active duty enlisted assignments and advancements, this ALCGENL provides
initial guidance to commands with particular focus on retaining unvaccinated
members, facilitating their participation in Assignment Year 2023 (AY23), and
preserving their advancement eligibility. Additional guidance will be
promulgated when available.

2. Retention.
A. CG PSC-EPM contacted all members with unexecuted Separation Authorizations
(SEPAUTHs) based solely on their refusal of the COVID-19 vaccination to inform
them that they will no longer be separated, barring a separate request for
voluntary separation from the member.  Commands who believe they have a member
issued a SEPAUTH based solely on their refusal of the COVID-19 vaccination who
has not been contacted by CG PSC-EPM should immediately contact CG PSC-EPM-1
(Separations) at HQS-SMB-CGPSC-EPM-1-Separations@uscg.mil.
B. Over 200 involuntary administrative separation packages based solely on a
member's refusal of the COVID-19 vaccination pend final disposition. CG PSC-EPM
will return all involuntary administrative separation packages based solely on
a member's refusal of the COVID-19 vaccination to the originating command with
no action taken.
C. Documentation of a member's failure to comply with COVID-19 vaccination
mandate alone will not render the member ineligible to reenlist or extend. All
other reenlistment and extension requirements contained in reference B. remain
applicable.

3. Assignments.
A. Reference C. cancels all assignment, boards and panels, and training
restrictions imposed by references D. and E.
B. Members who remain unvaccinated against COVID-19 are no longer prohibited
from executing Permanent Change of Station orders.

**004**

C. Members who are tour complete in AY23 and who remain unvaccinated against COVID-19 are encouraged to contact their Assignment Officer for career counseling if they have not done so already.

4. Advancements.
A. A member's refusal of the COVID-19 vaccination alone does not require the withholding of advancement. Commands withholding the advancement of members on the 2023 Advancement Eligibility List based solely on the member's refusal of the COVID-19 vaccination shall remove the withholding and CG PSC-EPM will authorize advancement via a future Enlisted Personnel Advancement Announcement.
B. Members whose advancement was withheld on the now expired 2022 Advancement Eligibility List are encouraged to compete in the 2023 SWE or Master Chief Advancement Panel (MCAP) if they meet all other advancement eligibility requirements.
C. Commands having awarded a mark of "Not Recommended" based solely on a member's refusal of the COVID-19 vaccination shall submit a Commanding Officer's Recommendation Change (CORC) Enlisted Employee Review (EER) to ensure the member's eligibility to compete in the 2023 SWE or MCAP.
D. Reference B. contains guidance on removing the withholding of advancement and submitting CORC EERs. Commands seeking additional clarity on policies governing EERs may submit an email to HQS-SMB-CGPSC-EPM-3-Evaluations@uscg.mil.
E. Commands are reminded that the SWE and MCAP Eligibility Date for participation in the 2023 SWE and MCAP is 01 February 2023.
F. Members must report any Personnel Data Extract (PDE) discrepancies to their administrative office or SPO and verify the online PDE reflects a status of "eligible."  If the online PDE is not correct, contact PPC (ADV) prior to the PDE correction period deadline. The correction period deadline for the May 2023 SWE is 01 April 2023. All EER CORCs must be submitted to EPM-3 on or before 01 April 2023 with an effective date of 1 February 2023. Given the proximity of SWE and MCAP Eligibility Date and the PDE correction period, commands are encouraged to engage with the CG PSC-EPM-1 Advancement Branch early if they believe more time is needed to meet advancement eligibility requirements. Commands seeking additional clarity on policies governing advancement eligibility may submit an email to HQS-SMB-CGPSC-EPM-1-Advancements@uscg.mil.

5. Commands with questions or concerns regarding this guidance should be directed to the POCs below:
A. Separations/Reenlistments: CAPT(s) Evelynn Samms at Evelynn.B.Samms@uscg.mil or (202) 795-6565.
B. Assignments: CAPT(s) Tony Migliorini at Anthony.R.Migliorini@uscg.mil or (202) 795-6596.
C. Evaluations: CDR(s) La'Shanda Hawkins at Lashanda.R.Hawkins@uscg.mil or (202) 795-6388.

6. CAPT J. A. Carter, Chief, Enlisted Personnel Management Division, CG Personnel Service Center, sends.

7. Internet release not authorized.

261329Z JAN 23 MID200080685332U
ALCGOFF 005/23
SUBJ: RESCISSION OF COVID-19 VACCINATION MANDATE – GUIDANCE FOR ACTIVE DUTY OFFICERS
A.   ALCOAST 012/23
B.   OFFICER ACCESSIONS, EVALUATIONS, AND PROMOTIONS, COMDTINST M1000.3 (series)
C.   ALCGPSC 012/23
D.   ALCGPSC 016/22
E.   ALCGPSC 104/21
1.   Purpose: Ref A. prohibits the involuntary administrative separation of members based solely on their refusal of the COVID-19 vaccination. Consistent with the intent of ref A., this ALCGOFF provides guidance to units and the officer corps.
2.   CG PSC-OPM contacted all officers pending board action to consider involuntary separation based solely on their refusal of the COVID-19 vaccination and notified them that the pending board action has been cancelled. Officers who elected to separate in lieu of board action have also been contacted and separations based solely on their refusal of the COVID-19 vaccination have been cancelled. Any officer who was issued a notification of intent to initiate board action based solely on their refusal of the COVID-19 vaccination and has not been contacted by CG PSC-OPM should immediately contact CG PSC-OPM-1 (Separations) at HQS-SMB-PSC-OPM-1-Separations@uscg.mil.
3.   Assignments:
A.   Ref C. cancels all assignment and training restrictions imposed by refs D. and E.
B.   Members who remain unvaccinated against COVID-19 are no longer prohibited from executing Permanent Change of Station orders.
C.   Members who had a pending separation in lieu of special board action for remaining unvaccinated against COVID-19 are encouraged to contact their Assignment Officer for career counseling regarding Assignment Year 2023.
4.   Any future actions stemming from ref A. will be announced and promulgated SEPCOR.
5.   Commands with questions or concerns regarding this guidance should be directed to the POCs below:
A.   Boards, Promotions, and Separations: CDR David Ratner at David.W.Ratner@uscg.mil or (202) 795-6438.
B.   Assignments: CDR Todd Behney at Todd.M.Behney@uscg.mil or (202) 795-6425.
C.   OERs: CDR Kellee Nolan at Kellee.M.Nolan@uscg.mil or (202) 795-6468.
6.   CAPT P. J. Dougan, Chief, Officer Personnel Management Division, CG Personnel Service Center, sends.
7.   Internet release not authorized.

R 261450Z JAN 23 MID200080685496U
ALCGRSV 003/23
SUBJ: RESCISSION OF COVID-19 VACCINATION MANDATE – INITIAL GUIDANCE FOR RESERVE
OFFICER AND ENLISTED MEMBERS
A. ALCOAST 012/23
B. ALCGPSC 012/23
C. ALCGPSC 016/22
D. ALCGPSC 104/21
E. ALCGOFF 005/23
F. Enlistments, Evaluations, and Advancements, COMDTINST M1000.2 (series)
1. Purpose: Reference A. prohibits the involuntary administrative separation of
members based solely on their refusal of the COVID-19 vaccination.  Consistent
with the intent of reference A. and in consideration of processes governing
reserve officers and enlisted members, this ALCGRSV provides guidance to
commands with particular focus on retaining unvaccinated members, facilitating
their participation in Assignment Year 2023 (AY23), and preserving their
advancement eligibility. Additional guidance will be promulgated when
available.
2. Reserve Officer and Enlisted Retention and Assignments.
A. CG PSC-RPM has contacted all members with pending Inactive Status List (ISL)
orders, based solely on their refusal of the COVID-19 vaccination. Commands who
believe they have a reserve member with pending ISL orders, based solely on
their refusal of the COVID-19 vaccination, who has not been contacted by
CG PSC-RPM should immediately contact CG PSC-RPM-1 at
HQS-SMB-CGPSC-RPM-1-Status@uscg.mil.
B. CG PSC-RPM will return all ISL packages pending final disposition for
involuntary Reserve Component Category change, based solely on a member's
refusal of the COVID-19 vaccination, to the originating command with no action
taken.
C. Reference B. cancels all assignment, boards and panels, and training
restrictions imposed by references C. and D.
D. Members who remain unvaccinated against COVID-19 are no longer prohibited
from executing Permanent Change of Station orders.
E. Members who are tour complete in AY23 and who remain unvaccinated against
COVID-19 are encouraged to contact their Assignment Officer for career
counseling.
3.  Reserve Officers.
A. Reference E. cancelled all pending board action to consider involuntarily
separating officers on active duty based solely on their refusal of the
COVID-19 vaccination.
B. CG PSC-RPM did not initiate board action for reserve officers.
C. Any future actions stemming from reference A. will be announced and
promulgated SEPCOR.
4. Reserve Enlisted Members.
A. A member's refusal of the COVID-19 vaccination alone does not require the
withholding of advancement. Commands withholding the advancement of members
on the 2023 Advancement Eligibility List based solely on the member's refusal
of the COVID-19 vaccination shall remove the withholding and CG PSC-RPM will
authorize advancement via a future Enlisted Reserve Advancement Announcement.
B. Members whose advancement was withheld on the now expired 2022 Advancement

007

Eligibility List are encouraged to compete in the 2024 RSWE or the 2024 Reserve Master Chief Advancement Panel (RMCAP) if they meet all other advancement eligibility requirements.

C. Commands having awarded a mark of "Not Recommended" based solely on a member's refusal of the COVID-19 vaccination shall submit a Commanding Officer's Recommendation Change (CORC) Enlisted Employee Review (EER) to ensure the member's eligibility to compete in the 2024 RSWE or RMCAP.

D. Documentation of a member's failure to comply with COVID-19 vaccination mandate alone will not render the member ineligible to reenlist or extend. All other reenlistment and extension requirements contained in reference F. remain applicable.

5. Commands with questions or concerns regarding this guidance should be directed to the POCs below:

A. Reserve Boards/Promotions, Separations, Advancements, and Evaluations: CDR Jesse Webster at Jesse.D.Webster@uscg.mil or (202) 795-6525.

B. Reserve Assignments: LCDR Cecilia Williams at Cecilia.R.Williams@uscg.mil or (202) 795-6517.

6. CAPT M. W. Batchelder, Chief, Reserve Personnel Management Division, CG Personnel Service Center, sends.

7. Internet release not authorized.

**008**

DEPUTY SECRETARY OF DEFENSE
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

FEB 2 4 2023

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
    COMMANDERS OF THE COMBATANT COMMANDS
    DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Guidance for Implementing Rescission of August 24, 2021 and November 30, 2021
    Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed
    Forces

In today's rapidly changing global security environment, vaccines continue to play a
critical role in assuring a ready and capable force that is able to rapidly deploy anywhere in the
world on short notice. Department leadership is committed to ensuring the safety of our Service
members and will continue to promote and encourage vaccinations for all Service members
along with continued use of other effective mitigation measures. This includes monitoring
changing public health conditions, relevant data, and geographic risks; and updating policies and
processes as required to maintain the strategic readiness of our forces and our ability to defend
national security interests around the globe.

This memorandum provides additional guidance to ensure uniform implementation of
Secretary of Defense Memorandum, "Rescission of the August 24, 2021 and November 30, 2021
Coronavirus Disease 2019 Vaccination Requirements for Members of the Armed Forces,"
January 10, 2023 (January 10, 2023 memorandum).

As required by section 525 of the James M. Inhofe National Defense Authorization Act
for Fiscal Year 2023, the January 10, 2023 memorandum rescinded the August 24, 2021 and
November 30, 2021 Secretary of Defense mandates that members of the Armed Forces be
vaccinated against the coronavirus disease 2019 (COVID-19) and thereby also rendered all DoD
Component policies, directives, and guidance implementing those vaccination mandates as no
longer in effect as of January 10, 2023. These include, but are not limited to, any COVID-19
vaccination requirements or related theater entry requirements and any limitations on
deployability of Service members who are not vaccinated against COVID-19.

DoD Component policies, directives, and guidance have not been operative since the
January 10, 2023 memorandum was issued, regardless of the status of the DoD Component
conforming guidance. DoD Component heads shall formally rescind any such policies,
directives, and guidance as soon as possible, if they have not done so already. DoD Component
heads shall certify to the Under Secretary of Defense for Personnel and Readiness in writing that
these actions have been completed no later than March 17, 2023.

The January 10, 2023 memorandum recognizes that other standing Departmental policies,
procedures, and processes regarding immunizations remain in effect, including the ability of
commanders to consider, as appropriate, the individual immunization status of personnel in
making deployment, assignment, and other operational decisions, such as when vaccination is



required for travel to, or entry into, a foreign nation. This continues to be the case, in accordance with the guidance below.

The Department's Foreign Clearance Guide will be updated to reflect that DoD personnel must continue to respect any applicable foreign nation vaccination entry requirements, including those for COVID-19. Other than to comply with DoD Foreign Clearance Guidance, DoD Component heads and commanders will not require a Service member or group of Service members to be vaccinated against COVID-19, nor consider a Service member's COVID-19 immunization status in making deployment, assignment, and other operational decisions, absent establishment of a new immunization requirement in accordance with the process described below. It is my expectation that any requests to the Assistant Secretary of Defense for Health Affairs (ASD(HA)) for approval to initiate mandatory immunizations of personnel against COVID-19 will be made judiciously and only when justified by compelling operational needs and will be as narrowly tailored as possible.

Department of Defense Instruction (DoDI) 6205.02, "DoD Immunization Program," July 23, 2019, will be updated as follows to establish a process requiring the Secretary of a Military Department, the Director of a Defense Agency or DoD Field Activity that operates medical clinics, or the Commandant of the Coast Guard, to submit a request for approval to initiate, modify, or terminate mandatory immunizations of personnel. Effective immediately, I direct the following action:

Paragraph 2.11. of DoDI 6205.02 is revised by adding a new subsection g., which will read:

"Submit requests to the ASD(HA) for approval to initiate, modify, or terminate mandatory immunizations of personnel and voluntary immunizations of other eligible beneficiaries determined to be at risk from the effects of deliberately released biological agents or naturally occurring infectious diseases of military or national importance."

The Commander of a Combatant Command must submit a request for approval to initiate, modify, or terminate mandatory immunizations of personnel through the Joint Staff, consistent with existing processes specified in DoDI 6205.02.

The Director of Administration and Management will make the revision directed above as a conforming change to the version of DoDI 6205.02 published on the DoD Issuances website.

2

R 272043Z FEB 23 MID200080757493U
FM COMCOGARD PSC WASHINGTON DC
TO ALCGPSC
BT
UNCLAS
ALCGPSC 024/23
SUBJ: CORRECTING MILIITARY RECORDS (COVID-19)
REF: (a) COMDT COGARD WASHINGTON DC 111557ZJAN23/ALCOAST 012/23
1. In accordance with reference (a), Personnel Service Center (PSC) is taking
action to remove all CG-3307 Administrative Remarks Entries related to the
COVID-19 vaccination mandate from the Coast Guard Military Human Resources
Record for members currently serving on Active Duty or in the Reserve
Component. The estimated completion date of this task is 31 March 2023.
2. Members whose military record still contains a CG-3307 related to the COVID
-19 vaccination mandate after 31 March 2023 should contact their P&A shop to
request removal.
3. Members who anticipate going before a board or panel in CY 2023 are
encouraged to review their personnel record in iPERMS and work proactively with
their P&A shop to ensure timely removal.
4. Procedures for requesting action on other personnel records that reference
the COVID-19 vaccination mandate will be promulgated SEPCOR.
5. Released by: CAPT R. E. Dash, Acting Commander, Personnel Service Center,
sends.
6. Internet release authorized.

ROUTINE

R 161624Z MAR 23 MID600052878819U

FM COMCOGARD PSC WASHINGTON DC

TO ALCGRSV

BT
UNCLAS
ALCGRSV 008/23
SUBJ: UPDATE 1- RESCISSION OF COVID-19 VACCINATION MANDATE – GUIDANCE FOR RESERVE
OFFICER AND ENLISTED MEMBERS
A. ALCGRSV 003/23
B. ALCOAST 270/22
1. This ALCGRSV provides additional guidance, beyond what was initially
provided in Reference A, on three key issues: Reserve Component Category (RCC)
change requests, ability to accept active duty orders, and assignments for
reaffiliating members.
2. RCC change requests: the prohibition in paragraph 2 of Reference B is removed.
Unvaccinated reservists are authorized to submit an RCC change request.
3. Active duty orders: the prohibition in paragraph 2 of Reference B is removed.
Unvaccinated reservists are authorized to be issued voluntary active duty orders
of any type.
4. Selected Reserve (SELRES) Reaffiliation: Reserve officers and enlisted members
in the ISL seeking to reaffiliate with the Ready Reserve shall submit an RCC
change form (CG-1001) from the ISL to the IRR, as the first step. ISL members
desiring a SELRES assignment shall annotate their intention in block 19 of the
CG-1001 form. ISL members should submit completed forms to PSC-RPM-3 at:

HQS-SMB-CGPSC-rpm-3-Query@uscg.mil

Please note that members being transferred from the ISL to the Ready Reserve
will not receive back pay or participation credit.
5. Reserve Officer and Enlisted Assignments for Members Requesting Reaffiliation:
PSC-RPM-2 will evaluate whether the member's previous assignment and tour
completion date can be restored. This may not be possible in every case and new
assignment options will be provided with the goal to be as close to Reasonable
Commuting Distance as possible without exceeding unit training capacity.
6. Commands with questions or concerns regarding this guidance should be
directed to the POCs below:
A. PSC-RPM-1 Reserve Boards/Promotions, Separations, Advancements, and
Evaluations: CDR Jesse Webster at Jesse.D.Webster@uscg.mil or (202) 795-6525.
B. PSC-RPM-2 Reserve Assignments: LCDR Cecilia Williams at
Cecilia.R.Williams@uscg.mil or (202) 795-6517.
C. PSC-RPM-3 Reserve Programs: LT Terri Pierce at Terri.J.Pierce@uscg.mil or
(202) 795-6404.
7. CAPT M. W. Batchelder, Chief, Reserve Personnel Management Division,
CG Personnel Service Center, sends.
8. Internet release authorized.

R 221918Z MAR 23 MID200080828217U
FM COMCOGARD PSC WASHINGTON DC
TO ALCGPSC
BT
UNCLAS
ALCGPSC 044/23
SUBJ: COVID-19 UPDATE: CONDUCT MARKS FOR 2023 ACTIVE DUTY SERVICEWIDE
EXAMINATION (SWE) AND MASTER CHIEF ADVANCEMENT PANEL (MCAP)
A. Enlistments, Evaluations, and Advancements, COMDTINST M1000.2 (Series)
1. To continue removing adverse actions from affected members' personnel records, Personnel
Service Center (PSC) is working with Commands to correct any Conduct mark awarded to Active
Duty members' most recent Enlisted Employee Review (EER) that were based solely on the
member's noncompliance with the COVID-19 vaccine mandate.  The purpose of this change is
to make those members eligible to compete in the 2023 Active Duty SWE and MCAP, assuming
they are otherwise eligible.
2. Commands are advised to submit EER change requests to CG PSC EPM by 01 April 2023,
requesting that Unsatisfactory (UNSAT) Conduct marks awarded based solely on the member's
noncompliance with the COVID-19 vaccine mandate, be upgraded to Satisfactory.
3. Commands may use standard procedures for EER change requests listed in ref (a), or may
submit a digitally signed email to HQS-DG-CGPSC-EPM-3-Evaluations@uscg.mil and copy Mr. J.
Wess McElroy at James.W.McElroy@uscg.mil (at PPC) with the following information:
(a) The member's name, rate, and employee ID;
(b) The period ending date;
(c) A statement that the conduct mark is being changed IAW this message;
(d) The original conduct mark (Unsatisfactory);
(e) The revised conduct mark (Satisfactory); and
(f) A statement the member has been advised of the change
4. Guidance on changing marks in additional EERs or additional EER categories that were
related to member's noncompliance with the COVID-19 vaccine mandate will be issued
SEPCOR.
5. Points of Contact:
A. EPM-3: CWO Jessica Olmeda at Jessica.A.Olmeda@uscg.mil, 202-795-6561.
B. EPM-3: YNCS Matthew Sharp at Matthew.S.Sharp@uscg.mil, 202-795-6623.
6.Released by: RDML D. C. Barata Commander, Personnel Service Center.
7.Internet release not authorized.
BT

013

121319Z APR 23 MID200080889797U
ALCGPSC 058/23
SUBJ: COVID 19 UPDATE: MILITARY HUMAN RESOURCES RECORDS, EVALUATIONS,
ADVANCEMENTS, AND PROMOTIONS
A. ALCGPSC 024/23
B. Correcting Military Records, COMDTINST 1070.1 (series)
C. ALCGPSC 044/23
D. ALCGENL 013/23
E. ALCGRSV 003/23
F. Officer Accessions, Evaluations, and Promotions, COMDTINST 1000.3 (series)

1. Purpose: This message provides additional guidance to continue the process of removing
adverse actions from affected members' personnel records for members currently serving on
Active Duty or in the Reserve Component, when administrative actions were based solely on
noncompliance with the COVID-19 vaccine mandate.

2. CG-3307 Administrative Remarks Entries.  CG PSC-BOPS (Business Operations Division) has
completed their centralized review and removal of COVID-19 related CG-3307s announced in
reference A.  Members should conduct a comprehensive review of their Military Human
Resources Record (CGMHRR) in iPERMS.
A. If members identify CG-3307s that qualify for removal, they should contact their Personnel
and Administrative (P&A) office and request that P&A submit a problem case in iPERMS.  These
problem cases then flow to the PSC-CGMHRR Section for review and action.
B. If members identify other matters of record related to COVID-19 requiring correction, they
should follow the guidance in paragraphs 3-6.

3. Correcting Military Records.  In accordance with reference B, the Board for Correction of
Military Records (BCMR) of the Coast Guard provides the appropriate process to review and
correct personnel records of current and former members of the Coast Guard and Coast Guard
Reserve.  Additionally, the Personnel Records Review Board (PRRB) is available to current Active
Duty and Reserve members to seek correction of a record entry made within the past year.
Specific PRRB and BCMR application guidance can be found at
https://www.uscg.mil/Resources/Legal/bcmr.

4. Enlisted Evaluation Report (EER).
A. Reference C contains guidance on making Active Duty members eligible to compete in the
2023 Active Duty SWE and MCAP.  Commands that awarded a mark of Unsatisfactory (UNSAT)
on the member's most recent EER based solely on the member's noncompliance with the
COVID-19 vaccine mandate were advised to upgrade the member's conduct mark to
Satisfactory via an EER change request email.
B.  Current or prior Approving Officials of Active Duty or Reserve members that were awarded a
mark of Unsatisfactory Conduct, Not Recommended/Not Ready, or any adverse numerical
values or comments that were based solely on a member's non-compliance with the COVID-19
vaccination mandate shall submit a Change Request memorandum to CG PSC EPM-3

**014**

(Evaluations) at HQS-SMB-CGPSC-EPM-3-Evaluations@uscg.mil to retroactively correct the member's record.  The Change Request template can be found at PSC-EPM - Templates (sharepoint-mil.us)

5. Enlisted Advancements.
A. In accordance with references D and E, an Active Duty or Reserve member's non-compliance with the COVID-19 vaccination requirement alone does not require the withholding of advancement.  All prior withholdings due solely to COVID-19 vaccination status have been removed and advancements effected.
B. Any approved changes to the numerical values, advancement recommendation, or conduct marks on an EER based on paragraph 4.B of this message will not result in an adjustment to a member's placement on previously expired or current advancement lists and the Marks Factor will not be recalculated for the May 2023 SWE.
C. The PRRB and BCMR are available to members to address any concerns regarding their placement on an advancement list or involuntary removal from an expired advancement list.

6. Officer Evaluations and Promotions.
A. Record Review.  All Regular and Reserve officers impacted by the COVID-19 vaccine mandate are strongly encouraged to conduct a full record review to identify any matters of record related to COVID-19.
B. Consultation.  Active Duty Officers are encouraged to consult with OPM-3 or OPM-4 for advice based on their specific situation.  Reserve Officers are encouraged to consult with RPM-1.
C. Officer Evaluation Report (OERs).  The PRRB and BCMR are available to correct OERs.
D. Promotions.  Officers on the Active Duty Promotion List (ADPL) who were considered but not selected for promotion in PY23 and had CG-3307 Administrative Remarks Entries removed from their records as outlined in paragraph 2 may request consideration by a Special Selection Board (SSB) in accordance with reference F.  Officers are strongly encouraged to complete the record review and OPM consultation in paragraphs 6A and 6B before initiating an SSB request.  Submit requests in memo format through the chain of command to CG PSC-OPM at HQS-SMB-CGPSC-OPM-1@uscg.mil.  The memo should include the date and type of CG-3307(s) removed as well as any information regarding PRRB or BCMR requests that have been submitted.

7. Commands with questions or concerns regarding this guidance should be directed to the POCs below:
A. Enlisted Evaluations: EPM-3 Shared mailbox:  HQS-SMB-CGPSC-EPM-3-Evaluations@uscg.mil
B. Enlisted Advancements: EPM-1 ADV Shared mailbox:  HQS-SMB-CGPSC-EPM-1-Advancements@uscg.mil
C. Officer Evaluations:  OPM-3 Shared mailbox:  HQS-SMB-PSC-OPM@uscg.mil
D. Officer Promotions:  OPM-1 Shared mailbox:  HQS-SMB-CGPSC-OPM-1@uscg.mil
E. Reserve Component: RPM-1 Shared mailbox:  HQS-SMB-CGPSC-RPM-1-STATUS@uscg.mil

8. RDML David Barata, Commander, Personnel Service Center, sends.
9. Internet release not authorized.

**015**

081556Z JUN 23 MID120000199764U
ALCGOFF 042/23
SUBJ: PROMOTION YEAR 2024 (PY24) ACTIVE DUTY PROMOTION LIST (ADPL)
SELECTION AND CONTINUATION BOARDS FOR RADM, RDML, CAPT, CDR, LCDR, AND LT
A. 2023 USCG Register of Officers, PSCINST M1427.1N
B. PY24 Schedule of Officer Personnel Boards and Panels, PSCNOTE 1401
C. Title 14 U.S. Code
D. Guidance and Eligibility Criteria for Officer Personnel Boards and
Panels, PSCINST 1401.1(series)
E. Officer Accessions, Evaluations, and Promotions, COMDTINST M1000.3(series)
F. Promotion Year 2024 Active Duty Promotion List (ADPL) Officer Corps
Management Plan dtd 07 June 2023
G. Documents Viewed by Coast Guard Officer Promotion and Special Boards,
COMDTINST 1410.2
H. ALCGPSC 058/23 COVID 19 Update: Military Human Resources Records,
Evaluations, Advancements and Promotions
1. This message announces the PY24 ADPL Selection and Continuation
Boards, zone sizes, and opportunities of selection. Signal Numbers
(SIGNOS) referenced below are from the 2023 Register of Officers as
of 1 Jan 23. Ref A is available in the OPM reference library on the
CG SharePoint at
https://uscg.sharepoint-mil.us/sites/psc_spo/psc-opm/SitePages/ProjectHome.aspx.
Members should notify PSC-OPM-1 (Officer Boards, Promotions, and Separations)
of any changes to their name not reflected in the 2023 Register of Officers.
2. RADM Continuation Board: IAW Ref B and Section 2151 of Ref C, the
RADM Continuation Board will convene in late summer of 2023 to consider
the six most senior officers not previously considered and serving
in the grade of RADM consisting of RADM John W. Mauger, SIGNO 18, and
five RADMs junior thereto on the ADPL, including RADM Brendan C. McPherson,
RADM Todd C. Wiemers, RADM Andrew M. Sugimoto, RADM Douglas M. Schofield,
and RADM Richard V. Timme. The Board may recommend four of those considered
for continuation. Guidelines for communications to the Board are contained
in paragraph 10.D of Ref D and Article 3.A.4.F of Ref E. Communications may
be sent to COMDT (CCG) to arrive NLT the date the Board convenes.
3. RDML Selection Board: IAW Ref B and Sections 2106 thru 2119 of Ref C,
the RDML Selection Board convenes on 11 Jul 2023 to consider all CAPTs
on the ADPL with a date of rank (DOR) of 1 Jul 21 or earlier. The zone
will consist of the most senior officer in the grade of CAPT,
CAPT Kathleen A. Duignan, SIGNO 43, and those CAPTs junior thereto on
the ADPL with a DOR of 1 Jul 21 or earlier. The Board shall recommend
six of those eligible.
4. CAPT Continuation Board: IAW Ref B and Section 2150 of Ref C, the
CAPT Continuation Board convenes 11 Jul 23 to consider those CAPTs with
a DOR of 1 Jan 20 or earlier who have not been previously selected
for promotion to RDML, who have not been previously considered for
continuation, and who are not scheduled to be mandatorily retired in PY24.
The zone will consist of CAPT Scott S. Phy, SIGNO 148, and those CAPTs
junior thereto, who have not previously been considered for continuation,
on the ADPL with a DOR of 1 Jan 20 or earlier. The stated opportunity
of selection (OOS) is 66 percent. The Board may recommend 31 of those

considered for Continuation in the grade of CAPT.
5. High attrition rates in the controlled grades have made it necessary
to impose constraints on the date of rank (represented by SIGNO) of
officers being considered by selection boards.
6. CAPT Selection Board: IAW Ref B and Sections 2106 thru 2119 of Ref C,
the CAPT Selection Board convenes on 17 Jul 23 to consider CDR Beau G. Powers,
SIGNO 593, and up to 141 CDRs junior thereto on the ADPL, but will
not consider officers with a SIGNO greater than 745. The stated OOS
is 57 percent and the Board will recommend 81 of those eligible. A CDR
Continuation Board will be held in conjunction with the CAPT Selection Board.
IAW Ref F CDRs not selected for promotion two or more times who are
eligible for continuation will be considered.
7. CDR Selection Board: IAW Ref B and Sections 2106 thru 2119 of Ref C,
the CDR Selection Board convenes on 24 Jul 23 to consider LCDR Michael W. Gibson,
SIGNO 1667, and up to 258 LCDRs junior thereto on the ADPL, but will
not consider officers with a SIGNO greater than 1934. The stated OOS
is 82 percent and the Board will recommend 212 of those eligible. A
LCDR Continuation Board will be held in conjunction with the CDR Selection
Board. IAW Ref F LCDRs not selected for promotion two or more times
who are eligible for continuation will be considered.
8. LCDR Selection Board: IAW Ref B and Sections 2106 thru 2119 of Ref C,
the LCDR Selection Board convenes on 7 Aug 23 to consider LT Treston T. Taylor,
SIGNO 3233, and up to 371 LTs junior thereto on the ADPL, but will not
consider officers with a SIGNO greater than 3614. The stated OOS is
90 percent and the Board will recommend 335 of those eligible. A LT
Continuation Board will be held in conjunction with the LCDR Selection
Board. IAW Ref F LTs not selected for promotion two or more times who
are eligible for continuation will be considered.
9. LT Selection Board: IAW Ref B and Sections 2106 thru 2119 of Ref C,
the LT Selection Board convenes on 18 Sep 23 to consider LTJG Kirsten M. Sharp,
SIGNO 5420, and those LTJGs junior thereto on the ADPL with a DOR of
1 Jul 22 or earlier. The stated OOS is 95 percent.
10. Officers eligible for selection per paragraphs 3-8 above desiring
to submit communications to the Board must follow the guidelines of
paragraph 10.D of Ref D and Article 3.A.4.f of Ref E. Communications
should be sent via email as a command endorsed, electronically signed
memo to CAPT Joan Snaith Joan.Snaith@uscg.mil for RDML Selection,
CDR Jayme Dubinsky at Jayme.L.Dubinsky@uscg.mil for CAPT and CDR Selection,
and LT Briana Biagas Briana.L.Biagas@uscg.mil for LCDR Selection and
below to arrive no later than the date the Board convenes. Early submission
of communications to the Board is encouraged to allow adequate time
for correction should a submission contain unauthorized content.
Communications that do not fully comply with the above references will
not be accepted and will be returned to the officer for editing only
if time permits. Non-compliant wording not corrected by the officer
will be redacted from the memo or endorsement prior to releasing it
to the Board President for consideration.
11. Officers with approved voluntary separation requests on file who
have not been separated prior to the Board convening will appear before
the Board. A list of officers with approved voluntary separation requests,

with the exception of approved temporary separations, is provided to and viewed by the Board.

12. IAW Article 5.E.2.b of Ref E, all candidates within or above the selection zones are reminded that their annual/semiannual OERs shall not be extended past regular end of reporting periods. IAW Ref B, all in-zone or above-zone candidates for this year's LT Selection Board must submit semiannual OERs with an ending date of 30 Jun 23 instead of 31 Jul 23 to ensure that the OERs are processed in time for the Board. All OERs should arrive at PSC-OPM-3 (Officer Evaluations Branch) no later than 45 days after the end of reporting periods. Rating chains and OER administrators should expedite submission of these OERs to ensure eligible officers have up-to-date performance records on file before the Board convenes and should ensure that the SUBJ line for OER submission includes "PRIORITY BOARD CANDIDATE <INSERT MEMBERS NAME>" in the submission. This will allow OPM-3 to ensure it gets properly routed and prioritized. A green evaluation status in CGBI indicates a current OER is on file and was received by PSC-OPM-3. For OER questions please visit https://uscg.sharepoint-mil.us/sites/psc_spo/psc-opm/opm-3/SitePages/OPM-3.aspx or contact PSC-OPM-3.

13. Ref G identifies those documents in an officer's Official Military Personnel File (OMPF) that are permitted to be viewed by Selection Boards. Per paragraph 7.B of Ref G, ENS OERs are not considered at LCDR and above ADPL Selection Boards. The LTJG and LT Selection Boards, however, will view the officer's complete record, including ENS OERs. Additionally, as addressed in paragraphs 5.B and 5.C of Ref G, data contained within Direct Access (DA) is part of an officer's record, and data fields from DA are permitted be reviewed by a Board. It is the responsibility of each officer appearing before a Board to ensure that their DA information is correct. For those officers who have prior enlisted service, it should be noted that Officer Selection Boards only view and consider the officer portion of records. Each Board is given an alphabetically-ordered eligibility roster of the candidates with above-zone and in-zone officer rosters integrated, ensuring that the status of each candidate is not discernible. Officers are responsible for ensuring the completeness and accuracy of their record no less than five business days prior to the convening of the Board to allow OPM staff time to administratively prepare the records to be furnished.

14. Article 3.A.4.e of Ref E contains the policy regarding In-Zone Reordering for all ADPL best-qualified Selection Boards for ranks LT through CAPT. Selection Boards have the option to recognize officers of particular merit by reordering them to the top of the selection list. If the reordering tool is employed, Selection Boards may only select up to five percent of the total authorized to be recommended for promotion to LT or LCDR, up to seven and a half percent of the total authorized to be recommended for promotion to CDR, and up to ten percent of the total authorized to be recommended for promotion to CAPT.

15. Article 6.B.14 of Ref E contains the policy regarding Specialty Considered Selections (SCS) for all ADPL best-qualified Selection Boards for ranks LT through CAPT. If SCS is employed, the Commandant will provide the Selection Board with guidance on selecting officers possessing a

particular Officer Specialty Code (OSC) to meet an existing or anticipated Service need. The number selected when specialty is considered a factor in selection may not exceed five percent of the total authorized to be recommended for promotion to LT or LCDR, seven and a half percent of the total authorized to be recommended for promotion to CDR, and ten percent of the total authorized to be recommended for promotion to CAPT, unless such a percentage is a number less than one, in which case the Board may recommend one officer.

16. Officers should review their Employee Summary Sheets (ESS) before their Board convenes. The ESS provides a consolidated view of an officer's career information as it appears in DA. As part of the ESS review and in alignment with SCS, members should verify that all of their OSCs are up to date. All candidates should submit OSC applications no less than 60 days prior to a Board to ensure they are properly reviewed and entered in DA. Also, please ensure they are labeled "PRIORITY BOARD CANDIDATE <INSERT MEMBERS NAME>" in the submission (to OPM-3). All officers above-zone and in-zone should also take steps to review their official record. In accordance with Ref F, any member with a matter of record associated with the COVID-19 mandate should contact OPM or Military Records immediately. Guidance for members to review their records is available at: https://uscg.sharepoint-mil.us/sites/psc_spo/psc-opm/1/a/SitePages/Record-Preparation.aspx.

17. Approximately 30 days prior to convening the RDML, CAPT, CDR, LCDR, and LT Selection Boards, an ALCGOFF message will be released announcing the names of the officers that will be considered for promotion. If an officer believes that they should be in the zone for promotion but their name does not appear in the ALCGOFF, please contact the Boards POC listed in paragraph 18.a immediately. Occasionally, there may be small changes in the candidate pools projected in this message and the names listed in the ALCGOFF messages announcing each specific Selection Board. These changes may be caused by authorized adjustments to zone size or ADPL movements attributed to Extended Active Duty contracts, Permanent Commissioned Teaching Staff or Reserve Component Manager designations, or unexpected changes to planned separations.

18. Announcements of zone sizes and OOSs for CWO, RCM, and PCTS will be issued separately as appropriate. It is highly recommended that all CWO, RCM, and PCTS members also take steps now to ensure compliance with paragraphs 11, 12, and 15.

19. Points of contact in PSC-OPM-1:
   a. Boards: LCDR Christopher Rabalais, Christopher.P.Rabalais@uscg.mil. and CWO Timothy Jones, Timothy.R.Jones@uscg.mil.
   b. Register of Officers: LT Michele Natale, Michele.A.Natale@uscg.mil.
   c. Separations: LT Joseph Kelly, Joseph.H.Kelly2@uscg.mil, and LT Brook M. Harkrader after 01 Aug 2023.

20. Points of contact in PSC-OPM-3:
   a. General OER questions: HQS-SMB-PSC-OPM@uscg.mil.
   b. Officer Evaluations: LT Aileen Fagan, Aileen.I.Fagan@uscg.mil.
   c. Officer Specialty Management System: Mr. Brandon Chittum, Brandon.F.Chittum@uscg.mil.

**019**

21. Points of contact in PSC-OPM-4: Career Counseling: CDR Jayme Dubinksy, Jayme.L.Dubinsky@uscg.mil, LT Briana Biagas Briana.L.Biagas@uscg.mil.
22. CAPT J Snaith, Acting Chief, PSC-OPM, sends.
23. Internet release is authorized.

**U.S. Department of
Homeland Security**

**United States
Coast Guard**

Commander
United States Coast Guard
Personnel Service Center

Mail Stop 7200
2703 Martin Luther King Jr. Ave
Washington, DC 20593-7200
Staff Symbol: PSC (OPM-1)
Phone: (202) 795-6438

1401

# MEMORANDUM

SNAITH.JOAN.101329
4581

Digitally signed by
SNAITH.JOAN.1013294581
Date: 2023.06.15 16:28:06 -04'00'

From: Joan Snaith, CAPT
Acting CG PSC (opm)

Reply to   C. P. Rabalais, LCDR
Attn of:   (202) 795-6433

To:    Michael C. Marcenelle, LTJG
Thru:  CG TRACEN Yorktown

Subj:  SPECIAL SELECTION BOARD DETERMINATION

Ref:   (a) Your Request for Special Selection Board memo 1410 dated 22 March 2023
       (b) 14 U.S.C. 2120, Special Selection Boards; Correction of Errors
       (c) Officer Accessions, Evaluations, and Promotions, COMDTINST M1000.3(series)

1.  After careful consideration of your request, reference (a), it was determined that a Special
Selection Board (SSB) is warranted.

2.  Due to extenuating circumstances, service needs dictate that the SSB convene in the fall of
2023.  Additional details will be provided to you once the convening date is finalized.

3.  To provide opportunity for more timely adjudication of SSB proceedings the PY24
Lieutenant selection board, convened under 14 U.S.C. 2106, will also be designated as a special
selection board in accordance with paragraph (h) of reference (b).

4.  If selected by the PY24 Lieutenant promotion board you will be entitled to the benefits
outlined in paragraph (d) of reference (b).  In such a case, consideration by a subsequent SSB
will not be warranted.

5.  My point of contact is LCDR Chris Rabalais, who can be reached at 202-795-6433.  Please
contact him if you have any questions about this process.

\#