UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERIC JACKSON, ET AL.,**

  Plaintiffs,

v.                                      No. 4:22-cv-0825-P

**ALEJANDRO N. MAYORKAS,
ET AL.,**

  Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Court's Order of Dismissal (ECF No. 98) entered on August 17, 2023:

It is **ORDERED, ADJUGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **17th day of August 2023.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE