UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ERIC JACKSON, ET AL.,

v.  No. 4:22-cv-0825-P

ALEJANDRO N. MAYORKAS, ET AL.,

# ORDER

Before the Court is Plaintiffs motion for relief from final judgment pursuant to Fed. R. Civ. Proc. Rule 60(b). ECF No. 100. Having reviewed the arguments set forth in the motion, the record in the case, and for the reasons set forth in the Court's August 17, 2023 Order dismissing this case, the motion is **DENIED**.

**SO ORDERED** on this **14th day** of **September 2023.**

Mark Pittman
UNITED STATES DISTRICT JUDGE