UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ERIC JACKSON**, **ALARIC STONE**, and **MICHAEL MARCENELLE**, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>**ALEJANDRO N. MAYORKAS**, in his official capacity as Secretary of Homeland Security, **LLOYD J. AUSTIN, III**, in his official capacity as Secretary of Defense, **LINDA L. FAGAN**, in her official capacity as Commandant of the Coast Guard, and **BRIAN K. PENOYER**, in his official capacity as Assistant Commandant for Human Resources of the Coast Guard,<br><br>        Defendants. | Case No. 4:22-CV-00825-P |

**NOTICE OF APPEAL**

Notice is hereby given that Eric Jackson, Alaric Stone, and Michael Marcenelle, Plaintiffs in the above-named case, appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Order granting Defendants' Motion to Dismiss (ECF No. 98, entered August 17, 2023), the corresponding Final Judgment (ECF No. 99, entered August 17, 2023), and the Order denying Plaintiffs' Motion under Fed. R. Civ. P. 60(b) for relief from final judgement (ECF No. 102, entered September 14, 2023).

1

Dated: October 10, 2023

Respectfully submitted,

/s/  *Michael McHale*

| | |
|---|---|
| Stephen Crampton, *pro hac vice*<br>THOMAS MORE SOCIETY – Senior Counsel<br>PO Box 4506<br>Tupelo, MS 38803<br>(662)255-9439<br>scrampton@thomasmoresociety.org | Charles W. Fillmore<br>State Bar # 00785861<br>H. Dustin Fillmore III<br>State Bar # 06996010<br>THE FILLMORE LAW FIRM, L.L.P.<br>201 Main Street, Suite 700<br>Fort Worth, TX 76102<br>(817)332-2351<br>chad@fillmorefirm.com<br>dusty@fillmorefirm.com |
| Michael G. McHale, *pro hac vice*<br>THOMAS MORE SOCIETY – Counsel<br>10506 Burt Circle, Ste. 110<br>Omaha, NE 68114<br>(402)501-8586<br>mmchale@thomasmoresociety.org | Nathan Loyd, *pro hac vice*<br>THOMAS MORE SOCIETY – Special Counsel<br>5101 Old Highway 5, Box 442<br>Lebanon, GA 30146<br>(559)744-3664<br>nathaniel.loyd@thomasmoresociety.org |

Adam S. Hochschild, *pro hac vice*
Hochschild Law Firm
THOMAS MORE SOCIETY – Special Counsel
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Hodes, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mchodes@thomasmoresociety.org

Paul M. Jonna, *pro hac vice*
LiMandri & Jonna LLP
THOMAS MORE SOCIETY – Special Counsel
P.O. Box 9120
Rancho Santa Fe, CA 92067
(858)759-994
pjonna@limandri.com

*Counsel for Plaintiffs*