**FILED**
**February 8, 2024**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-11038    Jackson v. Mayorkas
                USDC No. 4:22-CV-825

The court has granted the motion to supplement the record in this case. The originating court is requested to add the attached motion and documents to their court's docket and to provide us with a supplemental electronic record. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _Melissa Mattingly_
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Sarah Jane Clark
Mr. Stephen M. Crampton
Mr. Charles William Fillmore
Mr. Adam Hochschild
Ms. Mary Catherine Hodes
Mr. Paul M. Jonna
Mr. Cody T. Knapp
Mr. Nathan Loyd
Mr. Michael G. McHale
Ms. Karen S. Mitchell