FILED
May 8, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 29, 2024
Lyle W. Cayce
Clerk

No. 23-11038

ERIC JACKSON; ALARIC STONE; MICHAEL MARCENELLE,

*Plaintiffs—Appellants*,

*versus*

ALEJANDRO MAYORKAS, *Secretary, U.S. Department of Homeland Security*; LLOYD J. AUSTIN, III, *Secretary, U.S. Department of Defense*; LINDA FAGAN, COMMANDANT OF THE COAST GUARD; BRIAN PENOYER, ASSISTANT COMMANDANT *for Human Resources of* THE COAST GUARD,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-825

_____

ORDER:

IT IS ORDERED that the Appellants' unopposed motion to supplement the record with declarations attached to motion is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT