**RECEIVED**
**By Tamara Ellis at 11:26 am, May 08, 2024**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 23-11038    Jackson v. Mayorkas
                        USDC No. 4:22-CV-825

Enclosed is an order entered in this case.

The court has granted the motion to supplement or correct the record in this case.  The originating court is requested to add the attached motion and documents to their court's docket and to provide us with a supplemental electronic record.  Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa B. Courseault, Deputy Clerk
                        504-310-7701

Ms. Sarah Jane Clark
Mr. Stephen M. Crampton
Mr. Charles William Fillmore
Mr. Adam Hochschild
Ms. Mary Catherine Hodes
Mr. Paul M. Jonna
Mr. Cody T. Knapp
Mr. Nathan Loyd
Mr. Michael G. McHale