FILED
June 21, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 21, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-11038   Jackson v. Mayorkas
                     USDC No. 4:22-CV-825

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to add the attached motion and sealed documents to their court's docket and to provide us with a supplemental electronic record. The sealed materials will be sent to the district court via email.

Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Melissa B. Courseault, Deputy Clerk
                            504-310-7701

Ms. Sarah Jane Clark
Mr. Stephen M. Crampton
Mr. Charles William Fillmore
Mr. Adam Hochschild
Ms. Mary Catherine Hodes
Mr. Paul M. Jonna
Mr. Cody T. Knapp
Mr. Nathan Loyd
Mr. Michael G. McHale
Ms. Karen S. Mitchell