# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 20, 2025
Lyle W. Cayce
Clerk

No. 23-11038

———

Eric Jackson; Alaric Stone; Michael Marcenelle,

*Plaintiffs—Appellants,*

*versus*

Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Pete Hegseth Secretary, *U.S. Department of Defense*; Linda Fagan, *Commandant of the Coast Guard*; Brian Penoyer, *Assistant Commandant for Human Resources of the Coast Guard*,

*Defendants—Appellees.*

———

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-825

———

Before Dennis, Southwick, and Ho, *Circuit Judges*.

No. 23-11038

# J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellees pay to Appellants the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on May 12, 2025

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 12, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 23-11038   Jackson v. Noem
                         USDC No. 4:22-CV-825

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Jasmine J. Forman, Deputy Clerk

cc w/encl:
    Mr. Stephen M. Crampton
    Mr. Charles William Fillmore
    Ms. Sarah Clark Griffin
    Mr. Adam Hochschild
    Ms. Mary Catherine Hodes
    Mr. Paul M. Jonna
    Mr. Cody T. Knapp
    Mr. Nathan Loyd
    Mr. Michael G. McHale