IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC JACKSON, *ET AL.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> KRISTI NOEM, SECRETARY, *ET AL.*, § <br> § <br> Defendants. § | Civil Action No. 4:22-cv-00825-P |

## ORDER

By order dated May 13, 2025, United States District Judge Mark T. Pittman ordered the parties to mediate this matter with the undersigned on or before June 13, 2025. ECF No. 119. To schedule the mediation, the Court **SETS** a status conference via telephone on May 21, 2025 at 9:00 a.m. C.D.T. The Clerk will email the link to access the conference to counsel of record for the parties.

It is so **ORDERED** on May 15, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE