IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ERIC JACKSON, *ET AL.*,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00825-P |
| **KRISTI NOEM, SECRETARY, *ET AL.*,** | § § § | |
| Defendants. | § § | |

## ORDER

By order entered yesterday, United States District Judge Mark T. Pittman extended the deadline for the parties to mediate this case with the undersigned until July 14, 2025. ECF No. 126. Accordingly, the Court **CANCELS** the mediation scheduled for June 10, 2025.

The parties **SHALL CONFER** and file a joint status report on or before June 20, 2025 suggesting three proposed dates for rescheduling the mediation to on or before July 14, 2025, in person, at the Eldon B. Mahon United States Courthouse in Fort Worth, Texas. The same requirements of participation set out in the Court's Order dated May 21, 2025 (ECF No. 123) **SHALL APPLY** to the rescheduled mediation, and a designated representative of the Department of Homeland Security with full authority to recommend settlement of the case **SHALL ATTEND**.

It is so **ORDERED** on June 6, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE