IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ERIC JACKSON, *ET AL.*,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| **v.** § | Civil Action No. 4:22-cv-00825-P |
| § | |
| **KRISTI NOEM, SECRETARY, *ET AL.*,** § | |
| § | |
| **Defendants.** § | |

## ORDER

Before the Court is the joint status report that the parties filed on June 20, 2025. Based on that report, the Court resets the mediation in the case to June 25, 2025 at 1:30 p.m. C.D.T., in person, at the Eldon B. Mahon United States Courthouse, Fourth Floor Courtroom, in Fort Worth, Texas. The same requirements of participation set out in the Court's Order dated May 21, 2025 (ECF No. 123) **SHALL APPLY** to the rescheduled mediation, but a designated representative of the Department of Homeland Security with full authority to recommend settlement of the case will attend the mediation remotely, as agreed to by the parties.

The parties **SHALL SUBMIT** mediation statements by 12:00 p.m. C.D.T. on June 24, 2025, to the undersigned at ray_orders@txnd.uscourts.gov.

It is so **ORDERED** on June 23, 2025.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE