IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER
SETTLEMENT CONFERENCE

| | |
|---|---|
| JUDGE: | Hal R. Ray, Jr. |
| LAW CLERKS: | Alexis Williams, Ned Wilkinson |
| COURT REPORTER: | None |

| | |
|---|---|
| Case No. | 4:22-cv-00825-P |
| Case Style: | Erick Jackson, *et al*. v. Kristi Noem, *et al*. |
| Date Held: | June 25, 2025 |
| Time: | 1:30 p.m. - 4:00 p.m. |

I. Persons in Attendance

    A.    Plaintiffs, Eric Jackson, Alaric Stone, Michael Marcenelle

          Counsel for Plaintiffs, Stephen Crampton, Esq., Michael McHale, Esq., Nathan Loyd, Esq., H. Dustin Fillmore, III, Esq.

    B.    Defendants, Kristi Noem, *et al.*, Authorized Representatives, LT Mark Tabala, Staff Attorney for Claims and Litigation, United Staes Coast Guard; and Katie Miner, Esq., Senior Attorney, Legal Counsel Division, Office of General Counsel, Department of Homeland Security (Remotely)

          Counsel for Defendants, Cassandra M. Snyder, Esq., Trial Attorney, United States Department of Justice

II. Proceedings Conducted: Settlement conference conducted with the parties. Case did not settle, but counsel continue to work toward a resolution.

DATE: June 26, 2025

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE