UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ERIC JACKSON**, **ALARIC STONE**, and **MICHAEL MARCENELLE**, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| **KRISTI NOEM**, in her official capacity as Secretary of Homeland Security, et al., | ) ) ) |
| Defendants. | ) ) |

Case No. 4:22-cv-00825-P

## JOINT MOTION TO EXTEND DEADLINE

Plaintiffs and Defendants hereby move to extend the deadline to file the joint status report ordered by this Court at Dkts. 124 & 126 until August 9, 2025, for the following reasons.

1. The parties engaged in productive mediation on June 25, 2025, and intend to engage in further settlement discussions as noted in Hon. Judge Ray's Minute Order today. *See* Dkt. 132.

2. Consistent with the parties' discussion on June 25, 2025, Plaintiffs will submit a formal response to the Defendants' counteroffer by July 1, 2025. Defendants will submit a formal response to Plaintiffs by August 1, 2025.

3. The parties will engage in a second mediation on August 8, 2025, but agree they will first attempt to resolve any differences without the need for mediation and will cancel or stay the mediation should it become unnecessary. If the mediation is not canceled or stayed, Plaintiffs' and Defendants' counsel will meet in person in Washington D.C., and Judge Ray will participate remotely. Plaintiffs shall participate in person or remotely, except for Plaintiff Alaric Stone, who will likely be unavailable due to mandatory training. A representative from the Coast Guard shall participate in person, and a representative from the Department of Homeland Security shall be available by phone.

1

4. The interests of justice will be served by an extension, and no party will be prejudiced thereby.

WHEREFORE, the parties move the Court for an order extending the deadline to file the joint status report ordered at Dkts. 124 & 126 until August 9, 2025.

Dated: June 26, 2025

Respectfully submitted,

/s/  Michael McHale

Stephen Crampton, *pro hac vice*
THOMAS MORE SOCIETY – Senior Counsel
PO Box 4506
Tupelo, MS 38803
(662)255-9439
scrampton@thomasmoresociety.org

Michael G. McHale, *pro hac vice*
THOMAS MORE SOCIETY – Senior Counsel
10506 Burt Circle, Ste. 110
Omaha, NE 68114
(402)501-8586
mmchale@thomasmoresociety.org

Adam S. Hochschild, *pro hac vice*
Hochschild Law Firm
THOMAS MORE SOCIETY – Special Counsel
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Martin, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mcmartin@thomasmoresociety.org

Paul M. Jonna, *pro hac vice*
LiMandri & Jonna LLP
THOMAS MORE SOCIETY – Special Counsel
P.O. Box 9120

Charles W. Fillmore
State Bar # 00785861
H. Dustin Fillmore III
State Bar # 06996010
THE FILLMORE LAW FIRM, L.L.P.
201 Main Street, Suite 700
Fort Worth, TX 76102
(817)332-2351
chad@fillmorefirm.com
dusty@fillmorefirm.com

Nathan Loyd, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
5101 Old Highway 5, Box 442
Lebanon, GA 30146
(559)744-3664
nloyd@thomasmoresociety.org

Rancho Santa Fe, CA 92067
(858)759-994
pjonna@limandri.com

*Counsel for Plaintiffs*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ Cassandra M. Snyder*
CASSANDRA M. SNYDER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7729
Email: cassandra.m.snyder@usdoj.gov

*Counsel for Defendants*