UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERIC JACKSON, ET AL.,**

   Plaintiffs,

v.                                                  No. 4:22-cv-0825-P

**ALEJANDRO N. MAYORKAS, ET AL.,**

   Defendants.

## ORDER

   Before the Court is the Parties' Joint Motion for Extension of Time. ECF No. 135. The Court appreciates the Parties' efforts to settle this matter and hopes that they are able to do so. Thus, the Motion is **GRANTED** and the deadline to submit the joint mediation report is hereby extended to September 9, 2025. No further extensions will be granted and if the Parties are unable to settle, the joint mediation report shall contain a proposed briefing schedule for either a motion to dismiss or motion for summary judgment, whichever the Parties agree is appropriate at this stage.

   **SO ORDERED** on this **12th day of August 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE