UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC JACKSON, *et al.*,<br><br>   *Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, *et al.*,[1]<br><br>   *Defendants.* | No. 4:22-cv-0825-P |

## JOINT MEDIATION REPORT

The Parties engaged in mediation on August 8, 2025, and have since continued to engage in productive negotiations. The Parties are optimistic that they will soon reach an agreement in principle that would resolve all outstanding issues related to Plaintiffs' claims except attorneys' fees and will report to the Court whether they have been successful by no later than October 1, 2025.

The Parties anticipate that upon reaching an agreement in principle resolving all issues except attorneys' fees, they will then promptly turn to the issue of attorneys' fees and work in good faith to try to reach a prompt negotiated settlement as to fees. They will report to the Court by no later than October 31, 2025, either that they have reached an agreement as to fees or that they ask the Court to order briefing on the issue of fees.

In the event that no agreement in principle on all issues except attorneys' fees is reached by October 1, 2025, the Parties agree that cross motions for summary judgment shall be filed no later than February 5, 2026, to allow time for discovery.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kristi Noem, in her official capacity as Secretary of Homeland Security, is substituted as a defendant in her official capacity for her predecessor, Alejandro N. Mayorkas. Pete Hegseth, Secretary of Defense, is likewise substituted as a defendant in his official capacity for his predecessor, Lloyd J. Austin, III.

Dated: September 9, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ Kathleen Carr Jacobs*
KATHLEEN CARR JACOBS
TX Bar No. 24091154
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:  (202) 598-7615
Fax:  (202) 616-8470
E-mail:  kathleen.c.jacobs@usdoj.gov

*Counsel for Defendants*

/s/ *Nathan Loyd*

Stephen Crampton, *pro hac vice*
THOMAS MORE SOCIETY – Senior Counsel
PO Box 4506
Tupelo, MS 38803
(662)255-9439
scrampton@thomasmoresociety.org

Michael G. McHale, *pro hac vice*
THOMAS MORE SOCIETY – Counsel
10506 Burt Circle, Ste. 110
Omaha, NE 68114
(402)501-8586
mmchale@thomasmoresociety.org

Adam S. Hochschild, *pro hac vice*
Hochschild Law Firm
THOMAS MORE SOCIETY – Special Counsel
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Martin, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mcmartin@thomasmoresociety.org

Paul M. Jonna, *pro hac vice*
LiMandri & Jonna LLP
THOMAS MORE SOCIETY – Special Counsel
P.O. Box 9120
Rancho Santa Fe, CA 92067
(858)759-994
pjonna@limandri.com

Charles W. Fillmore
State Bar # 00785861
H. Dustin Fillmore III
State Bar # 06996010
THE FILLMORE LAW FIRM, L.L.P.
201 Main Street, Suite 700
Fort Worth, TX 76102
(817)332-2351
chad@fillmorefirm.com
dusty@fillmorefirm.com

Nathan Loyd, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
5101 Old Highway 5, Box 442
Lebanon, GA 30146
(559)744-3664
nloyd@thomasmoresociety.org

*Counsel for Plaintiffs*