UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERIC JACKSON, ET AL,**

   Plaintiff,

v.   No. 4:22-cv-00825-P

**KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, ET AL.,**

   Defendants.

## SCHEDULING ORDER

After reviewing the Parties' Joint Mediation Report (ECF No. 138), the Court **ORDERS** the Parties to report whether they have been successful in reaching settlement no later than **October 1, 2025**. Further, the Court **ORDERS** the Parties to report that either they have reached an agreement as to attorneys' fees or that they request the Court to order briefing on the issue of fees no later than **October 31, 2025.** Lastly, the Court **ORDERS** that in the event no agreement is reached on all issues except attorneys' fees by October 1, 2025, the Parties will file their motions for summary judgment no later than **January 1, 2026**.

SO ORDERED on this **12th day of September 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE