UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ERIC JACKSON, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, *et al.*, <br><br> *Defendants.* | No. 4:22-cv-0825-P |

## JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's September 12, 2025 Order (Dkt. 139), the parties report that they have been successful in reaching an agreement in principle to settle all issues except attorneys' fees and costs. They are now working in good faith to try to reach a prompt negotiated settlement as to fees and costs. The final settlement agreement will be subject to approval by decision-makers of the respective parties.

Dated: September 30, 2025             Respectfully submitted,


/s/ *Nathan Loyd*

Stephen Crampton, *pro hac vice*
THOMAS MORE SOCIETY – Senior Counsel
PO Box 4506
Tupelo, MS 38803
(662)255-9439
scrampton@thomasmoresociety.org

Michael G. McHale, *pro hac vice*
THOMAS MORE SOCIETY – Counsel
10506 Burt Circle, Ste. 110
Omaha, NE 68114
(402)501-8586
mmchale@thomasmoresociety.org

Adam S. Hochschild, *pro hac vice*
Hochschild Law Firm
THOMAS MORE SOCIETY – Special Counsel
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Martin, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mcmartin@thomasmoresociety.org

Paul M. Jonna, *pro hac vice*
LiMandri & Jonna LLP
THOMAS MORE SOCIETY – Special Counsel
P.O. Box 9120
Rancho Santa Fe, CA 92067
(858)759-994
pjonna@limandri.com

Charles W. Fillmore
State Bar # 00785861
H. Dustin Fillmore III
State Bar # 06996010
THE FILLMORE LAW FIRM, L.L.P.
201 Main Street, Suite 700
Fort Worth, TX 76102
(817)332-2351
chad@fillmorefirm.com
dusty@fillmorefirm.com

Nathan Loyd, *pro hac vice*
THOMAS MORE SOCIETY – Special Counsel
5101 Old Highway 5, Box 442
Lebanon, GA 30146
(559)744-3664
nloyd@thomasmoresociety.org

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ Kathleen Carr Jacobs*
KATHLEEN CARR JACOBS
TX Bar No. 24091154
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:  (202) 598-7615
Fax:  (202) 616-8470
E-mail:  kathleen.c.jacobs@usdoj.gov

*Counsel for Defendants*