UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ERIC JACKSON**, **ALARIC STONE**, and **MICHAEL MARCENELLES**, on behalf of Themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>**KRISTI NOEM**, in her official capacity as Secretary of Homeland Security, et al.,<br><br>　　　　　　　　Defendants. | Case No. 4:22-cv-00825-P |

**UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for a stay of the proceedings related to attorneys' fees in the above-captioned case.

1. On September 30, 2025, the Parties submitted a joint status report informing the Court that the Parties had come to an agreement in principle to settle all issues aside from attorneys' fees. Subsequently the Court set a schedule that the Parties submit an additional report by October 31, 2025 regarding attorneys' fees.

2. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

3. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

1

4. Undersigned counsel for the Department of Justice therefore requests a stay of the Joint Status Report and determination of possible subsequent briefing schedule on the matter of attorneys' fees, to be lifted automatically the day Congress has restored appropriations to the Department.

5. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations – but in no event more than 30 days after the automatic lifting of the stay.

6. Plaintiffs' counsel has authorized counsel for the Government to state that they have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the joint status report on attorneys' fees currently due on October 31, 2025 for the reasons and on the conditions stated above.

Dated: October 31, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ Katie Carr Jacobs*
KATIE CARR JACOBS
TX Bar No. 24091154
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 598-7615
Fax: (202) 616-8470
E-mail: kathleen.c.jacobs@usdoj.gov

Counsel for Defendants

### Certificate of Conference

This is to certify that the government has conferred with counsel for Plaintiffs about this motion and the motion is not opposed.

*/s/ Katie Carr Jacobs*
KATIE CARR JACOBS

### Certificate of Service

On October 31, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Katie Carr Jacobs*
KATIE CARR JACOBS