UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ERIC JACKSON**, **ALARIC STONE**, and **MICHAEL MARCENELLE**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **KRISTI NOEM**, in her official capacity as Secretary of Homeland Security, et al., <br><br> Defendants. | Case No. 4:22-cv-00825-P |

### Government's Notice of a Resumption of Appropriations

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 was signed by the President. That law restored appropriations to *inter alia* the Department of Justice, effective November 13, 2025. In light of that development, Defendants intend to meet and confer with Plaintiffs regarding the resetting of all filing and discovery deadlines that were set to occur during the now-concluded lapse in appropriations—*i.e.*, those falling in the period between October 1, 2025, and November 12, 2025, as well as other deadlines that may be affected by changes to deadlines that occurred during the lapse.[1] Defendants propose that the parties file a joint status report with a proposed joint schedule, or if the parties do not agree, then the parties' respective positions on a schedule, no later than November 20, 2025.

Dated: November 13, 2025                                    Respectfully submitted,

---

[1] In their Unopposed Motion to Stay Proceedings in Light of Lapse of Appropriations, Defendants proposed to extend all deadlines for 30 days. ECF No. 141.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

<u>*/s/ Katie Carr Jacobs*</u>
KATIE CARR JACOBS
TX Bar No. 24091154
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel:  (202) 598-7615
Fax:  (202) 616-8470
E-mail:  kathleen.c.jacobs@usdoj.gov

*Counsel for Defendants*