UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERIC JACKSON, ET AL.,**

    Plaintiffs,

v.          No. 4:22-cv-00825-P

**KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY, ET AL.,**

    Defendants.

### ORDER

Having reviewed the record, the Court concludes that a settlement conference will be beneficial for the parties in this matter.

Accordingly, the Court **ORDERS** that the Parties meet before Magistrate Judge Hal R. Ray, Jr. for a settlement conference **on or before March 18, 2026**. **All counsel** shall attend the conference in person.

The Parties are further **ORDERED** to file a status report on the results of the settlement conference **no later than three days after** the conference takes place.

**SO ORDERED** on this **18th day of February 2026.**

*\[signature: Mark T. Pittman\]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE