UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ERIC JACKSON**, **ALARIC STONE**, and **MICHAEL MARCENELLE**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**MARKWAYNE MULLIN**, in his official capacity as Secretary of Homeland Security, et al.,<br><br>Defendants. | ) | Case No. 4:22-cv-00825-P |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' Settlement Agreement, the parties hereby stipulate to the dismissal with prejudice of this action and all of Plaintiffs' claims. A copy of the parties' Settlement Agreement is attached hereto.

Dated: April 15, 2026

Respectfully submitted,

/s/ Stephen M. Crampton
Stephen Crampton, *pro hac vice*
THOMAS MORE SOCIETY – Senior Counsel
PO Box 4506
Tupelo, MS 38803
(662)255-9439
scrampton@thomasmoresociety.org

Michael G. McHale, *pro hac vice*
THOMAS MORE SOCIETY – Senior Counsel
10506 Burt Circle, Ste. 110
Omaha, NE 68114
(402)501-8586
mmchale@thomasmoresociety.org

Adam S. Hochschild, *pro hac vice*
Hochschild Law Firm
THOMAS MORE SOCIETY – Special Counsel
PO Box 401
Plainfield, VT 05667
(314)503-0326
adam@hochschildlaw.com

Mary Catherine Martin, *pro hac vice*
THOMAS MORE SOCIETY – Senior Counsel
112 S. Hanley Rd., Second Floor
Clayton, MO 63105
(314)825-5725
mcmartin@thomasmoresociety.org

Paul M. Jonna, *pro hac vice*
LiMandri & Jonna LLP
THOMAS MORE SOCIETY – Special Counsel
P.O. Box 9120
Rancho Santa Fe, CA 92067
(858)759-9930

Charles W. Fillmore
State Bar # 00785861
THE FILLMORE LAW FIRM, L.L.P.
201 Main Street, Suite 700
Fort Worth, TX 76102
(817)332-2351
chad@fillmorefirm.com

Nathan Loyd, *pro hac vice*
THOMAS MORE SOCIETY – Staff Counsel
5101 Old Highway 5, Box 442
Lebanon, GA 30146
(559)744-3664
nloyd@thomasmoresociety.org

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JEAN LIN
Special Litigation Counsel
Federal Programs Branch

*/s/ Kathleen C. Jacobs*
KATIE CARR JACOBS
TX Bar No. 24091154
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 598-7615
Fax: (202) 616-8470
E-mail: kathleen.c.jacobs@usdoj.gov

*Counsel for Defendants*